# EXHIBIT AND PREDICATE-ACT CROSS-REFERENCE MATRIX

*(Filed Pursuant to 18 U.S.C. §§ 1961–1968 and 28 U.S.C. § 1651)*

| Section / Exhibit | Predicate Acts (18 U.S.C.) | Jurisdiction / Forum | Principal Entities / Defendants Referenced | Primary Evidentiary Sources and Cross-Links |
|---|---|---|---|---|
| **A – War Crimes & Crimes Against Humanity** | §§ 1956, 2339A, 2441, 1962 | U.S. District Ct, ICC (The Hague) | Ukrainian Defense Forces, CIA liaisons, Pentagon contractors, Israeli advisers | Section A Affidavit; UNIKORNAIO files |
| **B – Terrorism & Paramilitary Operations** | §§ 2339A-B, 2384, 1952, 1962(d) | U.S.; ICC | Azov Battalion, CIA cut-outs, NATO logistics | Section B Record Bundle |
| **C – Money Laundering & Embezzlement** | §§ 1343, 1956, 1962(d) | U.S.; EU AML Authorities | PrivatBank, IMF officials, FTX and crypto brokers | Section C Financial Docs |
| **D – Human Trafficking & Child Exploitation** | §§ 1591, 1952, 1343, 1962 | U.S.; ICC; UN ODC | Epstein-Maxwell Network, NGO fronts, Ukrainian and Israeli intermediaries | Section D Evidence; CT Series |
| **E – Arms Trafficking & Black-Market Sales** | §§ 2339A, 1956, 371 | U.S.; ICC | NATO dealers, private mercenaries, Pentagon supply chain | Section E Arms Ledger |
| **F – Election Fraud & Suppression** | §§ 371, 1343, 1962(d) | U.S. District Courts | Ukrainian Intel Liaisons, Western Political Consultancies | Section F Voting Records |
| **G – Collusion with Western Intelligence** | §§ 951, 1030, 1962(d) | U.S.; UK Parliamentary Review | CIA, MI6, NATO C4ISR Divisions | Section G Cables |
| **H – Engineered Capital Flight & Economic Sabotage** | §§ 1956, 1343, 371, 1962(d) | U.S.; IMF Audit; World Bank Panels | IMF, World Bank, BlackRock, Pentagon Budget Officers | Section H and CF Companion |
| **H4 – The Online 'Cryptodickbutt' Enterprise** | §§ 1343, 1962(c), 1030 | U.S. District Ct | Meme-token operators using NFT laundering schemes | Section H4 Digital Evidence |
| **I – NATO-Affiliated Biological Weapons Programs** | §§ 175, 2441, 1962(d) | ICC; UN BWC Tribunal | DoD / DTRA Labs, Ukrainian Biofacilities | Section I Lab Contracts |
| **J – Energy Market Manipulation** | §§ 1343, 1962(c), 1956 | U.S.; EU Energy Council | Burisma, Naftogaz, IMF partners | Section J Energy Addendum |

| Section / Exhibit | Predicate Acts (18 U.S.C.) | Jurisdiction / Forum | Principal Entities / Defendants Referenced | Primary Evidentiary Sources and Cross-Links |
|---|---|---|---|---|
| K – Psychological Operations & Information Warfare | §§ 1343, 2384, 1962(d) | U.S.; NATO Cyber Command | CIA / Unit 8200 hybrid ops | Section K Psych-Ops Brief |
| L – Crimes Against Refugees & Forced Displacement | §§ 1591, 2339B, 1956 | ICC; UNHCR | NGOs and war-zone logistics firms | Section L Displacement Data |
| M – Covert Weapons Transfers to Terrorist Cells | §§ 2339A-B, 1956, 2384 | ICC; Interpol | NATO stockpiles, ISIS / Al-Nusra brokers | Section M Arms Docs |
| N – Manipulation of Humanitarian Aid & NGO Channels | §§ 1956, 1343, 371 | U.S.; UN Audit Board | USAID, UNDP, Open Society Fronts | Section N Ledger |
| O – Fueling the Israel-Palestine Conflict | §§ 2339A, 1962(d) | ICC; UNSC | Israeli MOD, U.S. Defense Brokers | Section O Affidavit |
| P – Ethnic Cleansing in Ukraine | §§ 2441, 2339A, 1962 | ICC; ECHR | Kyiv Regime Officials | Section P Witness Reports |
| Q – Extortion / Intimidation of EU Leaders | §§ 872, 1343, 1962(d) | EU Courts / Interpol | Mossad, CIA liaisons, AIPAC agents | Section Q Evidence |
| R – Cyberwarfare & Critical Infrastructure Attacks | §§ 1030, 1343, 1962 | U.S.; EU CERT | SBU Hack Teams, NATO Cyber Units | Section R Tech Forensics |
| S – Organized Crime Links Beyond Ukraine | §§ 1956, 1343, 1962(d) | U.S.; EUROPOL | IMF and Narcotics Syndicates | Section S Reports |
| T – Telemarketing Scams & Global Fraud | §§ 1343, 1956, 1962(c) | U.S. / Interpol | Dnipro Call Centers, SBU Officials | Section T Files |
| U – Kyiv Regime as Puppet Government | §§ 371, 1962(d) | U.S.; ICC | U.S. / UK Intelligence Liaisons | Section U Affidavit |
| V (Addendum) – Foreign Infrastructure Anchors | §§ 371, 951, 1962(d) | U.S.; UN Register | USAID, NED, Palantir, AWS | Section V Evidence |
| X – U.S. Deep State & Pentagon Operation of Ukraine | §§ 371, 1956, 1962(d) | U.S.; ICC | Pentagon, DTRA, CIA cut-outs | Section X Docs |
| Y – U.S./NATO Proxies in Asia | §§ 1956, 2339B, 1962 | U.S.; Asia-Pacific Tribunals | Triads, South Korea & Taiwan Networks | Section Y Evidence |
| Z – Crypto Exchanges as Financial Arms | §§ 1956, 1343, 201, 1960, 1962 | U.S.; EU; FINCEN | FTX, Binance, KuCoin, Huobi + Political Recipients | Section Z pp. 1-3 and Exhibits Z-1 to Z-5 |
| AA – AIPAC Influence & Coercive Control | §§ 201, 371, 1962(d) | U.S.; FARA Court | AIPAC, ADL, Lobby Networks | Section AA Docs |

| Section / Exhibit | Predicate Acts (18 U.S.C.) | Jurisdiction / Forum | Principal Entities / Defendants Referenced | Primary Evidentiary Sources and Cross-Links |
|---|---|---|---|---|
| **BB – Crypto Market Manipulation via X Platform** | §§ 1343, 1956, 1962 | U.S.; EU ESMA | Elon Musk affiliates, Twitter executives | Section BB Data |
| **DD – Anti-Korn Cabal** | §§ 1512, 1513, 1962 | U.S.; State Courts | Online harassment and defamation actors | Section DD Affidavit |
| **EE – Suppression of 9/11 Findings** | §§ 1503, 1512, 1962(d) | U.S.; ICC | Mossad, CIA, FBI obstruction units | Section EE Evidence |
| **FF – Protection Racket** | §§ 1951, 1962 | U.S.; ICC | Political and defense lobby cartel | Section FF Affidavit |
| **GG – Defense Contractors War Profiteering** | §§ 1343, 1956, 1962 | U.S.; GAO Audit | Lockheed, Raytheon, BAE, Elbit | Section GG Exhibits A–N |
| **HH – Gaza War Complicity & Profiteering** | §§ 2339A-B, 2441, 1962(d) | ICC; UNSC | Israeli MOD, U.S. Defense Partners | Section HH Docs |
| **II – Black Budget & Intel Obstruction** | §§ 1503, 1962(d), 371 | U.S.; Congressional Oversight | CIA, NSA, DARPA, NATO finance | Section II Addendum |
| **JJ – Taiwan – Digital Asset Hub** | §§ 1956, 1962 | U.S.; ICC Asia | TSMC, Triad networks | Section JJ Exhibits |
| **KK – South Korea – Trafficking Hub** | §§ 1956, 1591, 1962 | U.S.; Asia-Pacific Tribunals | SK Exchanges, U.S. Intel liaisons | Section KK Docs |
| **LL – Canada – Vancouver Laundering Hub** | §§ 1956, 1343, 1962 | U.S.; RCMP / FINTRAC | Vancouver Triads, Banks & NGOs | Section LL Evidence |
| **MM – Global Intelligence & Espionage Coordination** | §§ 951, 1030, 1962 | U.S.; UN CTC | CIA, MI6, Mossad coordination | Section MM Reports |
| **NN – London Holding Company & US Bancorp Control** | §§ 1343, 1956, 1962 | U.S.; UK Courts | Rothschild Group, US Bancorp | Section NN Docs |
| **OO – COVID-19 as Globalist Operation** | §§ 1343, 1956, 1962(d) | U.S.; WHO Tribunals | Pharma Alliances, DARPA labs | Section OO Evidence |
| **PP – NATO Proxy War Against Russia** | §§ 2339A-B, 1962(d) | ICC; UNSC | NATO Command Structures | Section PP Records |
| **QQ – Economic Sabotage of France** | §§ 1343, 1956, 1962(d) | EU Courts | Macron Admin / Israeli Lobby | Section QQ Docs |
| **RR – Military-Industrial Corruption** | §§ 1343, 1956, 1962 | U.S.; GAO | DoD / Contractor Networks | Section RR Audit |
| **SS – Ukrainian Mafia – Zionist Enforcement** | §§ 1956, 1962 | ICC; Interpol | Ukrainian Oligarch Networks | Section SS Evidence |

| Section / Exhibit | Predicate Acts (18 U.S.C.) | Jurisdiction / Forum | Principal Entities / Defendants Referenced | Primary Evidentiary Sources and Cross-Links |
|---|---|---|---|---|
| **Arm** | | | | |
| **TT – Central Banking Cartel & Financial Cabal** | §§ 1343, 1956, 1962 | U.S.; BIS / IMF | BIS, IMF, WEF actors | Section TT Docs |
| **UU – Political Assassination & Suppression of Dissent** | §§ 1111, 1512, 1962(d) | U.S.; ICC | CIA, Mossad, Private Security Firms | Section UU Affidavits |
| **VV – Big Pharma & Zionist Regime** | §§ 1343, 1956, 1962 | U.S.; WHO Tribunal | Pfizer, Moderna, WHO Executives | Section VV Exhibits 1–6 |
| **XX – Hollywood Pedophile & Trafficking Networks** | §§ 1591, 1343, 1962(d) | U.S.; ICC | Studios, Talent Agencies, Intelligence Links | Section XX Exhibits 1–8 |
| **YY – Israel as Beachhead for Destabilization** | §§ 1956, 2339A-B, 1962 | ICC; UNSC | Mossad, Gulf Allies / Arms Dealers | Section YY Docs |
| **FA – War Crimes & Crimes Against Humanity (Israel)** | §§ 2441, 2339A-B, 1962 | ICC; UNSC | IDF Command, Israeli MOD | Section FA Records |
| **FB – Terrorism & Paramilitary ( Israel )** | §§ 2339A-B, 2384, 1962 | ICC | Israeli Settler Militias / MOD | Section FB Affidavits |
| **FC – Money Laundering & Embezzlement (Israel)** | §§ 1956, 1343, 1962 | U.S.; ICC | Israeli Banks, Defense Brokers | Section FC Docs |
| **FF – State-Sanctioned Censorship & Information Warfare** | §§ 1503, 1343, 1346, 1962(d) | U.S.; ICCPR Forums | DHS, FBI, Meta, X, TikTok / Oracle | Section FF pp. 1–21 & Exhibits FF-1 to FF-8 |
| **FG – Election Interference & Regime Change Ops** | §§ 371, 1512, 1962(d) | U.S.; ICC | CIA, Mossad, Unit 8200 | Section FG Records |
| **FH – Judicial Corruption & Weaponized Lawfare** | §§ 1503, 1505, 1962(d) | U.S.; ICC | DOJ / Israeli Legal Liaisons | Section FH Docs |
| **FI – Blackmail / Sexual Extortion (Epstein-Maxwell)** | §§ 1591, 2422, 1512, 1513, 1962 | U.S.; ICC | Epstein, Maxwell, associates, NFT launderers | Section FI pp. 1-14 |
| **FJ – Intelligence Agency Collusion & Black Budget** | §§ 1951, 2339A-B, 1030, 1503, 1962 | U.S.; ICC; UN HRC | CIA, Mossad, DARPA, Booz Allen / Raytheon / SAIC | Section FJ Exhibits 1-12 |

| Section / Exhibit | Predicate Acts (18 U.S.C.) | Jurisdiction / Forum | Principal Entities / Defendants Referenced | Primary Evidentiary Sources and Cross-Links |
|---|---|---|---|---|
| **FP – Militarized Trafficking Corridors** | §§ 1956, 1952, 1591, 2339B, 2384 | ICC / EUROPOL | NATO Assets; Kosovo / Turkish Intelligence | Section FP Exhibits 1–3 |
| **FU – Cultural Warfare & Identity Fragmentation** | §§ 1343, 1962(c), 2384 | U.S.; UNESCO | ICCPR / Media Conglomerates; ADL / CIA / MI6 | Section FU pp. 1–77 |
| **FZ – UN / WHO / WEF Complicity & Regulatory Capture** | §§ 1341, 1343, 1956, 201, 1001, 1962(d) | U.S.; ICC; UN / WHO / WEF | WHO; WEF; Gates Foundation; BlackRock; Vanguard | Section FZ Exhibits 1–14 |

## EXHIBIT AND PREDICATE-ACT CROSS-REFERENCE MATRIX (BATCH 1)

| Section / Exhibit | Predicate Acts (18 U.S.C.) | Jurisdiction / Forum | Principal Entities / Defendants Referenced | Primary Evidentiary Sources and Cross-Links |
|---|---|---|---|---|
| **Exhibit – Above the Law Land (The Cryptodickbutt Regime Deposition)** | §§ 1343, 1512, 1962(d) | U.S. District Ct; ICC | Web3 actors ("Cryptodickbutt Enterprise"), meme-token operators, platform moderators, Israeli and U.S. intelligence proxies | Exhibit "Above the Law Land" Deposition; Digital chain-of-custody records; UNIKORNAIO logs |
| **Exhibit – Arrest Template** | §§ 371, 1343, 1512(b), 1962(c) | U.S. District Ct | Local law enforcement; Meta Corp.; Voice-to-Skull (V2K) contractors; Psychological Ops units | Arrest Template Form; Incident Report Bundle; DEW Annex |
| **Capital Flight Affidavit and Probable Cause – FIT21 (Delaware)** | §§ 1956, 1343, 1962(d) | U.S. District Ct; FINCEN Audit Division | Delaware registered crypto brokers; Congressional FIT21 sponsors; FTX/IMF counterparties | Capital Flight Affidavit; Financial Ledger A1–A7 (K2 Companion) |
| **Exhibit – Suspension** | §§ 1343, 1512, 242, 1962(d) | U.S. District Ct; ICC (Hague) | X (former Twitter); DHS/FBI liaisons; foreign contractors engaged in algorithmic throttling | Exhibit Suspension; Analytics Data; Oklahoma LEO statement |
| **Exhibit 4CHAN – Platform Compromise & Log Manipulation** | §§ 1343, 1503, 1512, 1962(d) | U.S.; Interpol; ICC | Mossad cyber units; 4chan admins; U.S. cyber contractors | Exhibit 4CHAN; Original vs Doctored Logs; Gordon Duff Report (Apr 2025) |

| Section / Exhibit | Predicate Acts (18 U.S.C.) | Jurisdiction / Forum | Principal Entities / Defendants Referenced | Primary Evidentiary Sources and Cross-Links |
|---|---|---|---|---|
| **Exhibit – August 17–18 2024 Incident** | §§ 1956, 1343, 1512(b), 1962(c) | U.S. District Ct; State Court of Oklahoma | Triad / Israeli operators; Directed Energy Weapon contractors; Oklahoma County Detention staff | Exhibit August 17–18 2024 Incident; Incident Statement (Affidavit); Digital Evidence Threads |
| **Exhibit – Clomanov Conspiracy** | §§ 371, 951, 1956, 1962(d) | ICC; EUROPOL; UN Maritime Tribunal | NATO; Sweden & Finland; U.S. Deep State; Israel & Associates Enterprise | Exhibit Clomanov Conspiracy; Affiant Statement (9/14/25); Section CC Docs |
| **Exhibit DOGE SCAM – Department of Government Efficiency** | §§ 1956, 1001, 1343, 1962 | U.S. District Ct; GAO Audit Board | U.S. Pentagon officials; DOGE Program Directors; Defense Contractors & Lobby Networks | Exhibit DOGE SCAM; UNIKORNAIO findings; FIT21 Records |
| **Exhibit – Elon Musk Election Rigging** | §§ 1343, 1512, 1962(d) | U.S. District Ct; FEC; ICC | Elon Musk; Cryptodickbutt Enterprise; Unit 8200; Right-wing cybergangs | Exhibit Elon Musk Election Rigging; Affidavit (Protect the Enterprise from 9/11) |
| **Exhibit – Epstein-Maxwell & Elite Trafficking Networks (Modus Operandi)** | §§ 1591, 1956, 1957, 1343, 1962 | U.S.; ICC; Interpol Trafficking Division | Epstein-Maxwell Network; Ethereum consortium; Stripchat.de; EPOCH Processor | Exhibit Epstein-Maxwell & Elite Trafficking Networks; Blockchain Transaction Records; Platform Evidence |

## EXHIBIT AND PREDICATE-ACT CROSS-REFERENCE MATRIX (BATCH 2)

| Section / Exhibit | Predicate Acts (18 U.S.C.) | Jurisdiction / Forum | Principal Entities / Defendants Referenced | Primary Evidentiary Sources and Cross-Links |
|---|---|---|---|---|
| **Exhibit – Ethical Breach** | §§ 1343, 1512, 1962(c), 1030 | U.S. District Ct; ICC | Psychological operations units; compromised law enforcement actors; digital infiltrators responsible for unauthorized access | Affidavit of Unauthorized Access; Chain-of-Custody Logs; Ethical Oversight Request |
| **Exhibit – Global Disclaimer and Reservation of Rights (Sui Juris)** | §§ 1343, 1503, 1962(d), 1030 | U.S. District Ct; ICC | X (Twitter); Israeli contractors; Cryptodickbutt network; FIT21-linked lobbyists | Exhibit Global Disclaimer (Sui Juris); Public Notice Post on X (Sept 2024); Digital Forensic Archive |
| **Exhibit – GOP Theft and** | §§ 1341, | U.S. District | Republican | Exhibit GOP Theft; |

| Section / Exhibit | Predicate Acts (18 U.S.C.) | Jurisdiction / Forum | Principal Entities / Defendants Referenced | Primary Evidentiary Sources and Cross-Links |
|---|---|---|---|---|
| **Information Laundering** | 1343, 1512(b), 1962(d) | Ct; FEC; ICC | operatives; Andreessen Horowitz; Trump campaign; Israeli intelligence intermediaries | Affidavit on FIT21 Sabotage; Capital Flight Affidavit |
| **Exhibit – Handler System** | §§ 1956, 1591, 1962(c), 1512 | U.S.; ICC; EUROPOL | Stripchat.de; handler network; Israeli and U.S. contractors; NATO intermediaries | Exhibit Handler System; Witness Interview Logs; Digital Pathway Evidence |
| **Exhibit – Intellectual Property Theft Disclaimer** | §§ 1030, 1343, 1962(d) | U.S. District Ct; WIPO; ICC | Venture capital firms; Andreessen Horowitz; AI and defense-linked R&D networks | Exhibit IP Theft Disclaimer; Forensic Report on ElizaOS; WIPO filings |
| **Exhibit – Israel: Psychological War Against America** | §§ 1962(c)-(d), 1512(b), 951, 1343 | ICC; U.S. District Ct | Israeli-linked intelligence operators; Elon Musk; Donald Trump; Andreessen Horowitz; Kamala Harris (targeted figure) | Exhibit Israel – Psychological War; Affiant Declaration; ElizaOS Analysis; FIT21 Cross-Link |
| **Exhibit – Israel Lobby Sabotage / Deflection** | §§ 1503, 1512, 1962(d) | U.S. District Ct; ICC | AIPAC; Israeli lobby financiers; venture capital (UAE-linked); X Corp. | Exhibit Israel Lobby Sabotage; FARA Violation Notes; Corresponding Affidavits |
| **Exhibit – King Kornelius Kong Victory 2024 Hoax** | §§ 1343, 1503, 1512(b), 1962(c) | U.S. District Ct; ICC | xAI operators; Israeli-linked enterprise; X Corp. moderation team | Exhibit King Kornelius Kong Victory 2024 Hoax; Metadata Logs; Section 911 Integration |
| **Exhibit – NWO-PONZI-WEB2.5** | §§ 1956, 1343, 1962(c), 1591 | ICC; U.S. Treasury; DOJ; Interpol | Binance, BitMEX, Kraken, Bittrex, Israeli and Ukrainian-linked exchanges; Web3 Ponzi operators | Exhibit NWO-PONZI-WEB2.5; DOJ/Treasury Reports; Web2.5 Diagram (p.1); Evidence Index |
| **Exhibit – Obfuscation of Russian Heritage and Royal Lineage** | §§ 1512, 1519, 1591, 1962(d) | ICC; Russian Federation; U.S. District Ct | Stripchat.de; Trump Family; Polish intermediaries; AncestryDNA corporate custodian | Exhibit Obfuscation of Russian Heritage; DNA Reports; Russian Lineage Confirmation; Video Evidence |

## EXHIBIT AND PREDICATE-ACT CROSS-REFERENCE MATRIX (BATCH 3 – UPDATED)

| Section / Exhibit | Predicate Acts (18 U.S.C.) | Jurisdiction / Forum | Principal Entities / Defendants Referenced | Primary Evidentiary Sources and Cross-Links |
|---|---|---|---|---|
| Exhibit PEPE – Meme-Based Psychological Operations | §§ 1343, 1512, 1962(d) | U.S. District Ct; ICC | Meme-coin operators; X platform accounts amplifying propaganda; Israeli and U.S. contractor networks | Exhibit PEPE; Meme distribution analytics; Cross-link to Exhibit DOGE SCAM and FIT21 records |
| Exhibit REDACTED – Digital Counter-Intel Enterprise | §§ 1030, 1343, 1503, 1962(c) | U.S. District Ct; ICC | REDACTED Enterprise (a branded digital counter-intelligence, laundering and surveillance entity); associated cyber liaisons and state-linked subcontractors | Exhibit REDACTED Affidavit Set; Metadata Logs; Handler and Cyber-Ops Contract Records (UNIKORNAIO Cross-Ref) |
| Exhibit – Staged Trump Assassination Attempt | §§ 1343, 1001, 1503, 1512, 1962(c) | U.S. District Ct; ICC | Donald J. Trump; James Comey; right-wing media enterprises; Q-aligned networks | Exhibit 911-8647 (Staged Assassination Attempt) Butler PA; Timeline and Alert Records |
| Exhibit TRIAD-DNA – Hybrid Program Evidence | §§ 1591, 1956, 1962(d) | ICC; U.S. District Ct | Biotech labs; Triad enterprises; genetic data processors linked to human trafficking | Exhibit TRIAD-DNA; DNA Chain Reports; UNIKORNAIO Genetic Audit Records |
| Exhibit TRUMAN SHOW – Perception Management Architecture | §§ 1343, 1512(b), 1962(c) | U.S. District Ct; ICC | Media producers; algorithmic psych-ops firms; entertainment handlers in U.S./Israel | Exhibit TRUMAN SHOW; Social Engineering Diagram; Platform Algorithm Audit |
| Exhibit UNIKORNAIO – Korn Too Movement | §§ 1591, 1956, 1343, 1962(d) | ICC; U.N. Human Rights Council | Entertainment trafficking networks in K-pop/J-pop; Russian modeling handlers; Western VC elites ("Tatefluencers") | Exhibit UNIKORNAIO; Victim Testimonies; Handler Protocols Documentation |
| Exhibit X – TikTok – Weaponization of the 99 Percent | §§ 1343, 1001, 1512, 1962(d), 15 U.S.C. § 78j(b) | U.S. District Ct; ICC | Elon Musk; Larry Ellison; Andreessen Horowitz (a16z); FIT21 Coalition | Exhibit X – TikTok – Weaponization of the 99%; Forbes, Quartz, American Bazaar Citations |
| Master Affidavit & Enumeration Wrapper | §§ 241, 242, 4, 1961–1968 | U.S. District Ct; ICC | All Defendants named in RICO Complaint; global capital-flight enterprise; regulatory agencies under | Master Affidavit & Enumeration Wrapper; Ethical Blackhat Annex (EB-1); LE7 Initiative |

| Section / Exhibit | Predicate Acts (18 U.S.C.) | Jurisdiction / Forum | Principal Entities / Defendants Referenced | Primary Evidentiary Sources and Cross-Links |
|---|---|---|---|---|
| | | | review | Protocols |
| **Motion for Immediate Cost-Shifting and Relief (Due to Pre-Filing Misconduct)** | §§ 1343, 1964(c), 1512 | U.S. District Ct | All Defendants; domestic and foreign actors engaging in slander, PsyOps, and DEW targeting | Motion for Immediate Cost-Shifting; WEB2.5 Fraud Analysis; Affidavit on Retaliation |
| **PREAMBLE – Unifying Theory of the Case** | §§ 1956, 1962(c), 1512, 1343 | U.S. District Ct; ICC | FIT21 Coalition; state-linked corporations; foreign intelligence networks; digital asset manipulators | Preamble to Civil RICO Complaint; FIT21 Contextual Analysis; 9/11 and Capital Flight Linkage |

## EXHIBIT AND PREDICATE-ACT CROSS-REFERENCE MATRIX (BATCH 4)

| Section / Exhibit | Predicate Acts (18 U.S.C.) | Jurisdiction / Forum | Principal Entities / Defendants Referenced | Primary Evidentiary Sources and Cross-Links |
|---|---|---|---|---|
| **SECTION – MEGA-BANKS & ASSET MANAGERS / THE CARTEL ENFORCERS** | §§ 1343, 1956, 1962(c) – Wire fraud, money laundering, RICO | U.S. District Ct; ICC | BlackRock; Vanguard; JPMorgan; Goldman Sachs; Fidelity; State Street; Citadel | Master Affidavit Series; Capital Flight Affidavit; FIT21 Obstruction Records; Whistleblower Logs linking bank cartels to market manipulation |
| **SECTION – NETANYAHU / ZIONIST SUBJUGATION** | §§ 1343, 1512(b), 1962(d) | ICC; U.S. District Ct | Benjamin Netanyahu; Likud Party; AIPAC; Israeli intelligence intermediaries | Section 911-Netanyahu series; Mossad sub-exhibits; FIT21 obstruction tie-ins; UN Human Rights convention citations |
| **SECTION 911 – September 11 as a Transnational Criminal Enterprise** | §§ 2332b, 1962(c) – Terrorism and racketeering enterprise acts | U.S. District Ct; ICC | CIA; Mossad; PNAC; AIPAC; Bush Administration; Defense Contractors | 911-CIA, 911-Mossad, 911-Likud Exhibits; FBI and DoD Cross-Refs |
| **SECTION AL – American Lockout (Crypto Surveillance Regime, Financial Repression & Denial of Access to Public Infrastructure)** | §§ 1030, 1343, 1512, 1962(c) | U.S. District Ct; ICC | FIT21 Coalition; X Corp.; SEC; Treasury; UAE and Israeli VC Networks | Section AL Affidavit; UAE/X Series; Elon Musk and Venture Capital Cross-Reference Exhibits |
| **SECTION BANK** | §§ 1344, | U.S. District | Silvergate; | Bank Failure Section; Capital |

| Section / Exhibit | Predicate Acts (18 U.S.C.) | Jurisdiction / Forum | Principal Entities / Defendants Referenced | Primary Evidentiary Sources and Cross-Links |
|---|---|---|---|---|
| **FAILURES – Systemic Collapse and Capital Flight** | 1956, 1962(d) | Ct; FDIC | Signature; Silicon Valley Bank; First Republic; Federal Reserve | Flight Affidavit; FIT21 Correlation Charts; Federal Reserve Liquidity Programs |
| **SECTION BITCOIN WHALES – Market Manipulation, Insider Trading & Illicit Enterprise Activity** | §§ 1343, 1956, 1962(c), 15 U.S.C. § 78j(b) | U.S. District Ct; CFTC | Michael Saylor; BlackRock; Grayscale; Coinbase; Binance; Galaxy Digital; Tesla | BTC-1 through BTC-30 Exhibits showing wash trading, insider leaks, ETF manipulation |
| **SECTION BLUECHIPS – Elite Ruggers / NFT Fraud Enterprise** | §§ 1343, 1956, 1962(d), 15 U.S.C. § 78j(b) | U.S. District Ct; ICC | Yuga Labs; Kevin Rose (Proof/Moonbirds); Animoca; Azuki; Doodles; Gary Vaynerchuk; Nike / RTFKT | Bluechips 1-14 Exhibits; Root Cause Affidavit; FIT21 Sabotage Cross-Ref |
| **SECTION CC – Clomanov aka Ding Dong** | §§ 1343, 1512(b), 1962(d) – Wire fraud, obstruction, RICO conspiracy | ICC; U.S. District Ct | NATO; Sweden; Finland; Israel & Associates Enterprise; U.S. Deep State | Affiant Statement of Kornelius Kong; Coup Timeline; International Conspiracy Report |
| **SECTION CF – Engineered Capital Flight** | §§ 1343, 1956, 1961–1968 – Wire fraud, money laundering, RICO enterprise | U.S. District Ct; ICC | U.S. Banks; VC Funds; Crypto Exchanges; Lobby Groups blocking FIT21 | Exhibits CF-1 to CF-7 (documenting inflation link and FIT21 sabotage) |
| **SECTION CF – Inflation by Capital Flight** | §§ 1343, 1348, 1956, 1962(c) – Fraud, laundering, economic sabotage | U.S. District Ct; ICC | Elon Musk; Trump Administration; Federal Reserve; Pentagon Contractors | Truflation Index Charts (pages 5–7); CF-Inflation-Digital-Assets Exhibit showing 28 % aggregate inflation; Capital-Flight-by-Proxy Formula |

## EXHIBIT AND PREDICATE-ACT CROSS-REFERENCE MATRIX (BATCH 5)

| Section / Exhibit | Predicate Acts (18 U.S.C.) | Jurisdiction / Forum | Principal Entities / Defendants Referenced | Primary Evidentiary Sources and Cross-Links |
|---|---|---|---|---|
| SECTION CIA — Central Intelligence Agency Global Racketeering, Subversion and Crimes Against Humanity | §§ 1343, 1512, 1956, 1962(d) | ICC / U.S. District Ct | CIA; Mossad; NATO Contractors; Raytheon; Lockheed Martin; State Dept Covert Arms Programs | SECTION CIA report — documented human trafficking, black budget finance, and psychological warfare links to Web3 capital flight |
| SECTION CT — Child Trafficking in Lieu of Digital Assets | §§ 1591, 1956, 1962(c), 2421 et seq. | ICC / U.S. District Ct | Binance; Tether; Coinbase; NGOs posing as charities; FBI cyber divisions implicated in cover-up | SECTION CT affidavit on tokenized trafficking networks linked to DeFi wallets; FIT21 Exhibits G–N cross-referenced |
| SECTION Delaware Corp Nest | §§ 1343, 1956, 1962(c), 1962(d) | U.S. District Ct / ICC | Delaware incorporation registry; FTX; Silicon Valley VC funds; state secretary gatekeepers | SECTION DELAWARE CORP NEST — corporate registry laundering for tax shelters and campaign finance loops |
| SECTION Deutsche Bank — The Cartel's Dirty Workhorse | §§ 1956, 1343, 371, 1962(c) | U.S. District Ct; ICC | Deutsche Bank; BIS; Goldman Sachs; JPMorgan; Trump Org.; Kushner Cos. | Evidence of WWII Nazi gold laundering, 2008 crisis fraud, Libor/FX rigging, mirror-trade money laundering |
| SECTION DEW — Directed Energy Weapons and Psychotronic Abuse Programs | §§ 241, 242, 1030, 1962(d) | U.S. District Ct; ICC | DARPA; Lockheed Martin; NSA; SpaceX contractors; CIA research grants | SECTION DEW technical exhibits showing V2K and RF experiments against whistleblowers; ties to AI-Cyber ops |
| SECTION ELIZA OS — Manipulation and Polarization of the American Public | §§ 1343, 1512(b), 1962(d), 47 U.S.C. § 230 | U.S. District Ct; ICC | Eliza OS LLC; X Corp.; UAE/Saudi AI labs; OpenAI proxy negotiators in X ecosystem | SECTION ELIZA OS shows AI-mediated psychological operations and proxy negotiation schemes via social media |
| SECTION ELON MUSK / CLONES — Intentional Concealment of Capital Flight, Economic Sabotage & | §§ 1030, 1343, 1513(e), 1962(d), 241 | U.S. District Ct; ICC | Elon Musk; X Corp.; Dogecoin networks; a16z; UAE VC Funds | Evidence of algorithmic market manipulation via X platform and retaliatory cyber operations after Aug 17 |

| Section / Exhibit | Predicate Acts (18 U.S.C.) | Jurisdiction / Forum | Principal Entities / Defendants Referenced | Primary Evidentiary Sources and Cross-Links |
|---|---|---|---|---|
| Subsequent Cyber Warfare | | | | 2024 |
| SECTION EXCHANGES — Crypto Exchange Cartel and Money Laundering Architecture | §§ 1343, 1956, 1962(c), 15 U.S.C. § 78j(b) | U.S. District Ct; CFTC / DOJ | Binance; Coinbase; Kraken; OKX; UAE and Hong Kong exchanges; Tether Limited | SECTION EXCHANGES documents how centralized exchanges coordinate volume wash trades and cross-chain laundering |
| SECTION FALSE STATEMENTS REGARDING UKRAINE WAR | §§ 1001, 1343, 1512, 1962(d) | U.S. District Ct; ICC | Donald Trump; Marco Rubio; JD Vance; AIPAC; NATO Liaisons | Affidavit on sabotage of peace talks and false statements undermining Ukraine and Gaza negotiations |
| SECTION FIT21 — Coalition Sabotage of Digital Asset Regulations | §§ 1343, 1956, 1505, 1962(c) & (d); § 2421 et seq. | U.S. District Ct; ICC | FIT21 Coalition (Warren, Gensler, Waters, McHenry); WEF; BlackRock; JPMorgan; Fidelity; UAE VC entities | Comprehensive 91-page record detailing lobbyist sabotage, anti-FIT21 campaigns, child trafficking ties, and congressional records |

## EXHIBIT AND PREDICATE-ACT CROSS-REFERENCE MATRIX (BATCH 6)

| Section / Exhibit | Predicate Acts (18 U.S.C.) | Jurisdiction / Forum | Principal Entities / Defendants Referenced | Primary Evidentiary Sources and Cross-Links |
|---|---|---|---|---|
| SECTION GAZPROM, CHASE, WHATSAPP & MORE | §§ 1343, 1951, 1030, 1962(d) | U.S. District Ct; ICC | Gazprom; JPMorgan Chase; Meta (WhatsApp); Tesla; Twitter/X; Chime Financial; Apple Payments | Details financial obstruction and psychological warfare via payment reversals, Zelle fraud, WhatsApp hijack, and psyops admissions |
| SECTION GERMANY-MERZ | §§ 1343, 1956, 1962(c) | ICC; EU Tribunal (Berlin) | Friedrich Merz (CDU); BlackRock Germany; Deutsche Bank; EU NATO liaisons | Demonstrates Germany's integration with cartelized financial structures and political collusion with U.S. defense interests (UNIKORNAIO cross-ref). |
| SECTION GOP–CF (Republican Capital Flight Enterprise) | §§ 1343, 1512, 1962(d) | U.S. District Ct; FEC Oversight | Republican leadership PACs; Elon Musk; a16z; UAE-linked donors | Traces laundered campaign funds via crypto shells and foreign conduits used to undermine FIT21 and election integrity. |
| SECTION GREATER | §§ 1343, | ICC; U.N. | Likud Party; | Documents military- |

| Section / Exhibit | Predicate Acts (18 U.S.C.) | Jurisdiction / Forum | Principal Entities / Defendants Referenced | Primary Evidentiary Sources and Cross-Links |
|---|---|---|---|---|
| **ISRAEL PROJECT** | 1956, 2332b, 1962(d) | Security Council Records | Mossad; AIPAC; U.S. Neocons | financial enterprise expanding through Middle East wars and digital market leverage across UAE and U.S. policy. |
| **SECTION HT – Trafficking of Politicians via Bribery, Extortion & Handler Systems** | §§ 1591, 1343, 201, 1962(c) | ICC; U.S. District Ct | U.S. Congress Members; Israeli intelligence contractors; Hollywood agents; Elon Musk proxies | Reveals network for coercive control of politicians via compromise material and digital handler systems. |
| **SECTION IAFI – Corruption and Bias in the International Atomic Energy Agency (IAEA)** | §§ 1343, 1512(b), 1962(d) | U.N. Vienna Tribunal; ICC | IAEA officials; U.S. State Dept liaisons; Israeli atomic program | Cites pattern of report suppression, nuclear program bias favoring Israel while targeting Iran and Russia. |
| **SECTION IMF – The Global Enforcer of Debt Slavery** | §§ 1343, 1956, 1962(c), 1962(d) | IMF Tribunal (Washington DC); ICC | International Monetary Fund; World Bank; U.S. Treasury | Analyzes IMF conditional loans and austerity measures as global racketeering for capital control and resource extraction. |
| **SECTION ISRAEL – Acts of War, Treason, and the Presidential Obligation to Declare War on the State of Israel** | §§ 2381, 2332b, 1343, 1962(d) | U.S. District Ct; ICC | Israeli state apparatus; U.S. politicians under foreign direction | Argues Israel's acts of espionage and infiltration constitute undeclared warfare under U.S. constitutional obligations. |
| **SECTION ISRAEL – False Statements** | §§ 1341, 1343, 1001, 1503, 1512, 1962(d) | U.S. District Ct; ICC | State of Israel; AIPAC; Donald Trump; Elon Musk; digital platform operators | Documents systematic dissemination of fraudulent claims ("anti-Semitism", "Jesus was a Jew") as racketeering acts under RICO |
| **SECTION JFK – Assassination as Racketeering Conspiracy** | §§ 1111, 1343, 1512, 1956, 1962(d) | U.S. District Ct; ICC | Rothschild Banking Cartel; Federal Reserve; Pentagon contractors; CIA; Zionist lobbies | Presents assassination of President Kennedy as keystone RICO predicate act preserving monetary and war cartel control |

| Section / Exhibit | Predicate Acts (18 U.S.C.) | Jurisdiction / Forum | Principal Entities / Defendants Referenced | Primary Evidentiary Sources and Cross-Links |
|---|---|---|---|---|
| **Section KKK – Assassination of the Romanovs: Elimination of the Last Sovereign Opposition to Global Central Banking by the Rothschild Cartel** | §§ 1111, 1343, 1956, 1962(d) | ICC / Russian Federation Historical Tribunal | Rothschild Banking Dynasty; Bolshevik agents; Western Intelligence liaisons | Historical-forensic narrative linking Romanov execution to inception of Rothschild financial hegemony and the Federal Reserve precursor system |
| **SECTION LB – Lobbying as Institutionalized Bribery** | §§ 201, 1343, 1951, 1962(c) & (d) | U.S. District Ct; FEC Oversight | AIPAC; FARA violators; Corporate PAC networks; UAE VC coalitions | Demonstrates systemic bribery under guise of lobbying; links FIT21 coalition and Silicon Valley PAC donations to foreign influence schemes |
| **SECTION LOND – The City of London as the Master Node of Global Racketeering (Main Document)** | §§ 1343, 1956, 1962(c) & (d) | UK High Court; ICC | Rothschild Group; Barclays; Lloyd's; HSBC; Crown Agents Ltd. | Details the City of London's "square mile" immunity and bank laundering structure acting as nerve center for global capital flight |
| **SECTION LOND (Addendum)** | §§ 1343, 1956, 1512(b), 1962(d) | UK High Court; ICC | Bank of England; Rothschild & Co; WEF financial partners | Expands evidentiary trail to modern AI and crypto laundering via London's financial-technology incubators and sovereign trust law loopholes |
| **SECTION NATIONAL CENTRAL BANKS – Domestic Enforcers of the Cartel System** | §§ 1344, 1956, 1962(c) | U.S. Federal Reserve Board; ECB; ICC | Federal Reserve; ECB; Bank of Japan; Swiss National Bank | Shows coordination between central banks and City of London for liquidity control, currency rigging, and political leverage |
| **SECTION PEGASUS / NSO / Other Spyware** | §§ 1030, 2511, 1343, 1956 | U.S. District Ct; ICC | NSO Group; Unit 8200; Israeli Defense Export Authority | Documents systemic use of spyware for extortion and political manipulation — Pegasus, zero-click exploits, MITM attacks |
| **SECTION PENTAGON – Military Capture and Contractor Racketeering** | §§ 1343, 1512, 1956, 1962(d) | U.S. District Ct; ICC | Pentagon; Lockheed Martin; Raytheon; Boeing; DARPA | Exposes defense procurement as racketeering via inflated contracts and proxy wars supporting Rothschild-Rockefeller interests |
| **SECTION PLA – Plagiarism as Intellectual Property Theft & Suppression** | §§ 1831, 1343, 2319, 1962(c) | U.S. District Ct; ICC | Google; OpenAI; X Corp; UAE AI Labs; Israel | Links AI-model training on stolen intellectual property to state-aligned corporate espionage schemes |

| Section / Exhibit | Predicate Acts (18 U.S.C.) | Jurisdiction / Forum | Principal Entities / Defendants Referenced | Primary Evidentiary Sources and Cross-Links |
|---|---|---|---|---|
| | | | Cyber Units | |
| **SECTION ROOT CAUSE OF THE UKRAINIAN CONFLICT – With RICO Context** | §§ 1343, 1956, 2332b, 1962(d) | ICC; U.S. District Ct | NATO; Ukraine gov't; CIA; EU Defense Contractors | Explains conflict as engineered for debt and energy capture; connects arms industry profit motive to City of London cartel |
| **SECTION ROTHSCHILD SUBJUGATION** | §§ 1343, 1956, 872, 1962(c) & (d) | U.S. District Ct; ICC | Rothschild Family; Deutsche Bank; Trump Org.; Mossad | Affidavit of Capture and Rothschild Subjugation joint record demonstrating financial enslavement through NATO, Israel, and corporate monopolies |

| Section / Exhibit | Predicate Acts (18 U.S.C.) | Jurisdiction / Forum | Principal Entities / Defendants Referenced | Primary Evidentiary Sources and Cross-Links |
|---|---|---|---|---|
| **SECTION STG — Security Threat Group Classification of Cartel-Integrated Enterprises** | §§ 1962(c), 1512(b), 1956, 2332b | U.S. District Ct; DOJ; ICC | DEA; FBI; Cartel-linked corporate entities; global crypto laundering conduits | Establishes STG classification of corporate racketeering groups and defines cartel–enterprise integration under RICO frameworks; identifies financial and cyber sub-entities. |
| **SECTION SUPPRESSION X — Coordinated Global Censorship and Targeted Harassment Operations** | §§ 1030, 1343, 1513(e), 1962(d) | U.S. District Ct; ICC | X Corp; UAE AI Labs; Israeli intelligence-linked botnets; MSM collaborators | Details algorithmic suppression of whistleblowers, defamation operations, and financial sabotage mechanisms through social media censorship ecosystems. |
| **SECTION TRIAD — Cockroaches (Triad Intelligence & Asian Money Laundering Cartel)** | §§ 1343, 1956, 1962(c), 2332b | ICC; Interpol; DOJ | Hong Kong Triads; CCP-linked capital flight conduits; Binance; Singapore fund nodes | Describes Asian cartel coordination for global capital flight and bribery networks; cross-linked with UAE and Rothschild operations. |
| **SECTION TRUMP** | §§ 1343, | ICC; U.S. | Trump Org; Kushner | Documents real estate– |

| Section / Exhibit | Predicate Acts (18 U.S.C.) | Jurisdiction / Forum | Principal Entities / Defendants Referenced | Primary Evidentiary Sources and Cross-Links |
|---|---|---|---|---|
| TOWER GAZA — Premeditated Ethnic Cleansing & Real Estate Laundering Nexus | 1956, 1962(d), 2331 | District Ct | Companies; Israeli contractors; Mossad; AIPAC affiliates | driven financial laundering disguised as redevelopment, tied to Gaza genocide and political bribery networks. |
| SECTION UAE — United Arab Emirates as Global Nerve Center for Censorship, Financing & Racketeering | §§ 1956, 2339A, 1962(d), 1512 | ICC; U.S. District Ct; FATF | UAE Sovereign Funds; a16z; X Corp; IHC Abu Dhabi; G42 | Exposes UAE as a transnational coordination hub for financial crimes, disinformation, and tech-sector blackmail. |
| SECTION UNIT 8200 — Israeli Military Intelligence Cyber Operations & Polarization of the American People | §§ 1343, 1030, 1962(c), 2332b | ICC; U.S. District Ct | Unit 8200; NSO Group; Palantir; CIA; AIPAC | Details SIGINT and AI-driven psychological operations targeting U.S. society, integrating botnets, Pegasus spyware, and Silicon Valley infiltration. |
| SECTION USB — US Bancorp – Corporate Coup and Debt Enslavement of the American People | §§ 1956, 1343, 1962(c), 872 | U.S. District Ct; ICC | U.S. Bancorp; Fed; BlackRock; IMF; BIS | Evidence of systemic loan fraud, asset seizure schemes, and complicit federal oversight obstructing public relief. |
| SECTION VATICAN — Ecclesiastical Financial Racketeering and Global Obstruction of Justice | §§ 1956, 1343, 1962(d), 1512 | ICC; Vatican Tribunal; EU Anti-Corruption | Vatican Bank (IOR); Jesuit Order; Rothschild intermediaries; Italian intelligence | Provides forensic tracing of Vatican-linked shell structures enabling laundering through religious institutions and global intelligence collaboration. |
| SECTION VC — Crypto Series: Securities Fraud, Unregulated Digital Assets, Insider Enrichment & Capital Flight | §§ 1343, 1956, 1962(c), 78j(b) | SEC; U.S. District Ct; ICC | a16z; Binance; FTX; UAE VC coalitions | Traces insider token enrichment, market manipulation, and securities evasion through offshore vehicles. |
| SECTION WAR ON COPS — Legislative, Media, and Financial Sabotage Against Law | §§ 1503, 1505, 1513, 1956, | U.S. District Ct; DOJ; ICC | AIPAC; Open Society; WEF; Senators Warren, Waters, McHenry | Proves intentional obstruction of FIT21 and coordinated discrediting of law |

| Section / Exhibit | Predicate Acts (18 U.S.C.) | Jurisdiction / Forum | Principal Entities / Defendants Referenced | Primary Evidentiary Sources and Cross-Links |
|---|---|---|---|---|
| Enforcement | 1962(d) | | | enforcement via PAC funding, media psyops, and NGO infiltration. |

| Section / Exhibit | Predicate Acts (18 U.S.C.) | Jurisdiction / Forum | Principal Entities / Defendants Referenced | Primary Evidentiary Sources and Cross-Links |
|---|---|---|---|---|
| UNIKORNAIO PREFACE | §§ 1343, 1956, 1512, 1962(d) | U.S. District Ct; ICC | FBI; DOJ; Federal Reserve; AIPAC; London Company; Global Banking Cartels | Defines the **UNIKORNAIO Framework**, establishing investigatory authority, jurisdictional hierarchy (MIB/LE7), and operational mandates for exposing capital flight, trafficking, and systemic corruption. Includes foundational doctrine for the **Men In Black (MIB)** and **LE7** law enforcement upgrade systems. |
| SECTION WEB2.5 — Fraudulent Knockoff of Web3.0 | §§ 1343, 1344, 1956, 1957, 1962(c) | U.S. District Ct; DOJ Cyber Division | NFT Exchanges; Layer-2 Blockchain Firms; U.S. Treasury; DOJ Cybercrime Unit | Establishes **WEB2.5** as a pseudo-decentralized digital architecture used for financial racketeering, wash trading, and investor deception. Cites IPv6 shortfall and misuse of taxpayer funding to support fraudulent DeFi systems. |
| SECTION XRP — Ripple Labs Inc. and the Derailment of FIT21 | §§ 1343, 1956, 1505, 1962(c) | U.S. District Ct; SEC; FEC Oversight | Ripple Labs; Brad Garlinghouse; David Schwartz; Jed McCaleb; SEC | Proves **Ripple Labs** engaged in obstruction of FIT21, securities fraud, wire fraud, insider trading, and money laundering. Includes 19 exhibits (XRP-1–XRP-19) documenting covert FIT21 withdrawal, false partnership claims, market manipulation, and lobbying interference. |
| SECTION WIH — Why Israel Created Hamas | §§ 2332b, 1343, 1962(d), 1512 | ICC; U.N. Security Council; U.S. District Ct | Mossad; Shin Bet; Netanyahu Administration; Hamas | Asserts that Israel facilitated Hamas to justify perpetual war and geopolitical leverage. Examines political financing, covert operations, and false-flag |

| Section / Exhibit | Predicate Acts (18 U.S.C.) | Jurisdiction / Forum | Principal Entities / Defendants Referenced | Primary Evidentiary Sources and Cross-Links |
|---|---|---|---|---|
| | | | | mechanisms establishing control over Middle Eastern policy narratives. |
| **SECTION WORLD BANK — Infrastructure as a Tool of Cartel Domination** | §§ 1343, 1956, 1962(c), 1962(d) | ICC; IMF Tribunal (Washington D.C.); World Bank Arbitration Panel | World Bank; IMF; BlackRock; Global Infrastructure Consortiums | Demonstrates how **World Bank infrastructure programs** act as debt entrapment tools enabling capital extraction from developing nations. Documents use of "reconstruction funding" for cartel expansion and political leverage. |
| **SECTION XRP Addendum – Market Deception and Insider Coordination (XRP-3, XRP-5, XRP-6)** | §§ 1343, 78j(b), 77q, 1962(c) | SEC Enforcement; ICC | Ripple Executives; MoneyGram; Santander; QFS Promoters | Cross-references insider dumping, false partnerships, and coordinated misinformation via influencer networks and "Quantum Financial System" propaganda. |
| **SECTION WEB2.5 Addendum – IPv6 Infrastructure Fraud** | §§ 1030, 1343, 1956 | DOJ; U.S. Cyber Command | Layer-2 Blockchain Firms; Venture Capital Intermediaries | Identifies IPv6 absence as proof of fraudulent decentralization. Exposes government grant misuse and "innovation fraud" through pseudo-Web3 projects. |
| **UNIKORNAIO Addendum – LE7 / MIB Directive** | §§ 1512, 1962(d), 2332b | FBI; DOJ; INTERPOL; ICC | FBI; State LE7 Divisions; Saudi Cyber Authority; Russian Federal Investigators | Establishes law enforcement reformation blueprint under **LE7 (State)** and **MIB (Federal)** for combating elite financial crime and trafficking, ensuring sovereignty in investigative authority. |
| **SECTION XRP Addendum – Political Lobbying and FIT21 Subversion** | §§ 1343, 1512(b), 1962(d) | U.S. Congress; FEC; SEC | Ripple Labs; Blockchain Association; Crypto PACs | Documents Ripple's use of lobbying networks to rewrite crypto legislation, secure retroactive immunity, and sabotage enforcement against securities fraud. |
| **SECTION WEB2.5 Addendum – NFT Market Laundering & False Decentralization** | §§ 1343, 1957, 1962(c) | DOJ; FinCEN; U.S. District Ct | OpenSea; Binance NFT; Coinbase NFT | Quantifies NFT wash trading ($26.88B fraudulent vs $10.46B genuine), proving systemic financial laundering masquerading as innovation. |

## EXHIBIT AND PREDICATE-ACT CROSS-REFERENCE MATRIX

| Section / Exhibit | Predicate Acts (18 U.S.C.) | Jurisdiction / Forum | Principal Entities / Defendants Referenced | Primary Evidentiary Sources and Cross-Links |
|---|---|---|---|---|
| **SECTION CONGRESS** | §§ 201, 1343, 1346, 1503, 1962(c) | U.S. District Ct.; FEC Oversight | Members of Congress; crypto PACs; foreign lobby networks; Andreessen Horowitz; FTX executives | Establishes legislative bribery and policy capture through crypto financing and foreign agent coordination (see FIT21 cross-refs). |
| **SECTION STANDOWN – FBI** | §§ 371, 1503, 1512, 1962(d) | U.S. District Ct.; OIG Review | FBI leadership cadre; DOJ liaisons; political handlers | Documents enterprise-ordered stand-downs, field agent retaliation, and obstruction of national-security investigations. |
| **SECTION STANDOWN – CIA** | §§ 371, 201, 1503, 1591, 1962(c) | U.S. District Ct.; ICC | CIA Directorate; Mossad; MI6; contractor cut-outs | Demonstrates systemic co-option and scapegoating of CIA operations via foreign liaison partnerships and classification abuse. |
| **SECTION SAUDI** | §§ 1956, 2339A, 371, 1962(d) | ICC; U.S. District Ct.; Riyadh | Saudi intelligence; state-linked banks; U.S. and EU defense intermediaries | Details foreign financing and state-sponsored complicity in the 9/11 enterprise; ties to money laundering and material support. |
| **SECTION KUSHNER** | §§ 201, 219, 1503, 1962(c) | U.S. District Ct.; ICC | Jared Kushner; foreign investment funds; Israeli liaisons | Links foreign policy decisions and financial benefit channels to enterprise influence over Middle East policy. |
| **SECTION EPOCH – Stripchat.de Enterprise** | §§ 1343, 1956, 1591, 371, 1962(d) | U.S. District Ct.; EU Tribunal | Epoch Payment Processing; Stripchat.de; Crypto-Gateway Networks | Reveals laundering of trafficking and child-exploitation funds through digital payment processors and affiliate shells. |

**https://rico.houseromanov.com**
**user:okcourts**
**password:oklahomathunder**

# Master Table of Contents

## Global Disclaimer and Reservation of Rights (Sui Juris & Pro Se)

Plaintiff, proceeding **sui juris and pro se**, respectfully submits the following explanation for each sections **Demands for Relief**, which are intended to encompass the entirety of this filing in good faith and under personal authority. This Global Disclaimer applies to all sections, counts, and exhibits incorporated herein, and shall be read as governing the whole of Plaintiff's Relief Demands.

Plaintiff acknowledges that the Court retains full discretion to determine the appropriate form of relief. The remedies described herein are offered in good faith, without prejudice, and in recognition of the fact that Plaintiff's primary focus is on presenting evidence and establishing causation of injury, rather than perfecting the technical drafting of remedies. Accordingly, these demands should be treated as a comprehensive notice of intent, reserving the specifics of relief to judicial discretion and the evidentiary record.

### UNIKORNAIO PREFACE
Defines the operational structure and mission of UNIKORNAIO as a forensic investigative framework targeting global financial crime, human trafficking, and capital flight. It details objectives such as restoring credibility, enforcing justice reforms via the LE7 and Men In Black (MIB) initiatives, dismantling the Federal Reserve system, and establishing cooperative U.S.–Russia relations. The preface emphasizes sovereignty restoration, the Oklahoma empowerment model, and the role of justice algorithms in combating transnational corruption.

### PREAMBLE
Opening declaration establishing the Civil RICO framework, summarizing the affiant's authority, jurisdiction, and intent. It defines the global financial, technological, and trafficking crises as interconnected racketeering enterprises. The preamble explains that the complaint is not a political or ideological statement but a lawful whistleblower action under universal and maritime jurisdiction, exposing how capital flight, war profiteering, and human exploitation were systemically institutionalized within digital and financial markets.

### Master Affidavit & Enumeration Wrapper (Ethical Blackhat Declaration)
Sworn master affidavit affirming Kornelius Kong's role as a lawful whistleblower, investigator, and sole "Ethical Blackhat" bridging digital forensics and human rights law enforcement. It enumerates global harms mirrored through his personal targeting—capital flight, trafficking, psychological warfare, and censorship—and defines the "Jurisdictional Handoff Protocol" for transferring investigative intelligence to lawful authorities. The filing establishes legal grounding under U.S. constitutional, RICO, and international statutes for the Ethical Blackhat role as a transitional enforcement mechanism.

**Above the Law Land a.k.a. The Cryptodickbutt Regime**
Sworn deposition detailing a five-year investigation into a global crypto racketeering enterprise disguised through NFT projects, cryptocurrency, lobbying efforts, and venture capital networks. The filing outlines how digital asset schemes evolved into coordinated systems of securities fraud, capital flight, and trafficking finance. Six exhibits (ATL-1 to ATL-6) establish predicate acts including NFT securities fraud, FIT21 obstruction, and institutional bribery through congressional lobbying.

**EXHIBIT – Origin of the Security Threat Group (STG) Classification Name "Cryptodickbutts"**
This exhibit documents the origin of the **Security Threat Group (STG)** classification "Cryptodickbutts," a designation applied to organized digital collectives engaged in criminal behavior across cryptocurrency, NFT, and automation sectors. It explains that during investigations into the **Bored Ape Yacht Club**, automated trading circles, and other PFP-based communities, individuals exhibited patterns of gang-style communication, racialized threats, and financial coordination consistent with organized crime. The term "Cryptodickbutts" emerged during public discussions when these same individuals mockingly adopted it themselves, effectively self-identifying under that name. The exhibit concludes that this self-ascribed label is both symbolic and evidentiary—demonstrating the normalization of digital anarchy, hate rhetoric, and organized racketeering within Web3 culture.

**Capital Flight Affidavit and Probable Cause – FIT21 / Delaware**
Affidavit providing probable cause for racketeering and obstruction linked to the FIT21 Coalition and Delaware's corporate nexus. It presents evidence of lobbying interference, venture fund laundering, and manipulated FIT21 membership documents. The filing identifies data deletion and psychological operations targeting the affiant, connecting these acts to capital flight, election interference, and regulatory sabotage.

**Exhibit – Suspension**
Affidavit documenting unlawful account suspension on X (Twitter) as retaliation for whistleblowing disclosures. It details coordinated harassment, false psychiatric framing, algorithmic throttling, and witness intimidation through cyber and psychological means. The filing frames such suppression as obstruction of justice and deprivation of rights under color of law.

**Exhibit – 4CHAN**
Evidentiary summary alleging that 4chan was compromised by Israeli intelligence and used as a psychological warfare platform. It presents comparative logs showing original versus altered traffic data where Israel's activity was concealed, linking the manipulation to narrative control and digital racketeering through disinformation campaigns.

**Exhibit – DOGE**
Affidavit revealing the Department of Government Efficiency (DOGE) as a political and financial diversion shielding capital flight and Pentagon misappropriations. It exposes DOGE of obstructing FIT21 implementation and concealing trillions in unmonitored defense spending. The document connects DOGE's false "Dividend Check" narrative to systemic racketeering and public deception.

**Exhibit – ELON MUSK: Election Rigging & More**
Affidavit asserting that Elon Musk and enterprise collaborators conducted election interference operations under "Protect the Enterprise from 9/11." It details manipulation of Starlink

communications, automated data routing, and digital-asset incentives designed to distort election outcomes. The filing ties these operations to transnational trafficking and RICO-qualifying enterprise protection.

## Exhibit – Epstein–Maxwell & Elite Trafficking Networks Modus Operandi

Comprehensive analysis of how elite trafficking operations integrated with blockchain infrastructure and adult platforms to launder proceeds. The document highlights Stripchat.de and EPOCH as central gateways converting exploitation profits into digital assets. Screenshots and ledger data link crypto transfers to shell companies and elite clientele.

## EXHIBIT – Epstein List: Victims of Israel and Netanyahu Regime

This exhibit outlines a global coercion and blackmail network connected to the **Israeli–Netanyahu intelligence apparatus**, merging traditional exploitation systems with modern digital infrastructure. It shows how the Epstein-Maxwell network evolved into a **tech-integrated enterprise** that used surveillance, blockchain assets, NFTs, and payment processors to launder money, manipulate power, and maintain control over political and financial figures. The evidence highlights collaboration between intelligence agencies, financial nodes, and digital platforms to create a **hybrid physical–digital system of coercion**, enabling blackmail, extortion, and institutional manipulation on a global scale. It concludes that the network's use of digital assets and psychological control represents a new form of organized exploitation designed to protect elites, silence whistleblowers, and perpetuate influence through a tightly managed web of financial and informational control.

## EXHIBIT – Epstein & Associates: Clarification of the "Epstein List" (Same File)

This exhibit explains that the so-called **"Epstein List"** was not a record of perpetrators but a catalog of **individuals targeted and compromised** by Jeffrey Epstein, Ghislaine Maxwell, and their associates in a global blackmail network. It outlines how the enterprise used **coercion, surveillance, and digital espionage** to manipulate powerful figures for political and financial gain. Many listed individuals were victims of entrapment and psychological control rather than willing participants. The exhibit clarifies that the true criminal operation was the **intelligence-linked blackmail system itself**, which continues to weaponize digital platforms and public perception to deflect blame and maintain control.

## Exhibit – ETHICAL BREACH

Affidavit chronicling unethical conduct during competency hearings at Red Rock, including false diagnoses, data tampering, and deliberate discreditation. It demonstrates how repeated bias and unauthorized record access formed a pattern of civil RICO violations. The filing includes supporting evidence from Divergent Hub, verifying the affiant's competency and factual accuracy.

## Exhibit – Handler System

Affidavit defining a coercive global network controlling political leaders through extortion, blackmail, and intimidation. It classifies the "Handler System" as a racketeering structure under RICO, analogizing it to human trafficking mechanisms that strip autonomy from political figures. The filing concludes that global sovereignty is compromised by these handler operations.

## Exhibit – Intellectual Property Theft Disclaimer

Formal notice and evidence record of systematic theft, repurposing, and misattribution of the affiant's

digital materials. It documents how his research was plagiarized and re-engineered for partisan disinformation campaigns, linking the activity to political manipulation, cyber exploitation, and capital-flight concealment.

**Exhibit – ISRAEL: Psychological War Against America**
Affidavit alleging coordinated psychological operations, election interference, and social media manipulation conducted by Israeli-linked actors and venture capital networks. It identifies ElizaOS as an AI-driven propaganda tool and documents how algorithmic targeting was used to control narratives, suppress evidence, and distort electoral influence.

**Exhibit – Israel Lobby Sabotage & Deflection**
Evidentiary filing accusing Trump, Musk, and the Israeli Lobby of sabotaging FIT21 while laundering information and redirecting blame onto political opponents. It frames these acts as racketeering and obstruction of justice, emphasizing their alignment with foreign economic interests and deliberate suppression of reform.

**EXHIBIT – KING KORNELIUS KONG**
This exhibit serves as a sworn declaration by **Konrad Patrzalek**, establishing his professional alias **Kornelius Kong ("King Kong")** as both a legal and operational identity within political, investigative, and Web3 sectors. It outlines the origin of the name during his incarceration, where "Konrad" was mispronounced as "Kornbread" by Spanish-speaking inmates, evolving over time into *King Kornelius Kong* as a symbol of resilience and justice. The statement details how this identity became synonymous with his mission to expose elite corruption, human trafficking, and organized exploitation. Kornelius affirms that the alias represents not only a professional handle but also a moral oath—to defend the vulnerable and hold the powerful accountable—cementing "King Kong" as both a personal brand and a legal identity of record.

**Exhibit – King Kornelius Kong Victory 2024 Hoax**
Exhibit exposing xAI platform tampering through a falsified "Victory 2024" file inserted to disrupt investigations. The hoax was designed to mislead, obstruct disclosure of 9/11-related materials, and psychologically manipulate the affiant. It cross-references Section 911 to preserve evidence of digital interference and obstruction.

**EXHIBIT KUSHNER – Election Interference 2024**
This exhibit details evidence that Jared Kushner maintained covert relationships with Israeli intelligence-linked technology firms that infiltrated U.S. election systems between 2016 and 2024. It connects companies such as NSO Group, Cybereason, Black Cube, AnyVision, and Rayzone Group to Israeli intelligence units (notably Mossad and Unit 8200) and documents how they used spyware, data harvesting, and election "simulation" operations to access political servers and manipulate election infrastructure. The report traces Kushner's role as a civilian intermediary enabling illegal data exchange, including encrypted communications routed through UAE-based servers and blockchain projects used for information laundering. The document concludes that Kushner's network constituted a foreign-influence architecture weaponizing private tech partnerships to compromise voter data, campaign operations, and U.S. electoral integrity from 2016 through 2024.

**EXHIBIT — Laundering Tokens**
This exhibit presents a concise forensic summary of insider trading and token manipulation conducted through coordinated influencer "call" events on social media platforms. It highlights evidence showing traders using small initial investments—such as $17 or $20—to generate million-dollar profits via orchestrated liquidity surges following promotional posts. The document concludes that these schemes, operating through decentralized exchanges and influencer amplification, constitute organized market manipulation and money laundering, forming part of a broader RICO-qualified enterprise exploiting retail investors for illicit gain.

**Exhibit – NWO-PONZI-WEB2.5**
Detailed outline of a transnational Ponzi structure leveraging centralized "Web2.5" systems under a false decentralized façade. The document identifies adult platforms, exchanges, and political lobbying as integral to capital flight and exploitation pipelines, linking corporate actors to global racketeering and laundering operations.

**EXHIBIT – NVIDIA**

This exhibit identifies NVIDIA Corporation as the central mechanism in an engineered, AI-driven speculative economy—what is defined as the "Web3DOTCOM Bubble." It establishes that NVIDIA's monopolistic control over GPU supply chains, coupled with its integrated partnerships with OpenAI, Microsoft, Oracle, AMD, CoreWeave, and xAI, created an interdependent system of artificial scarcity and inflated valuations. Through this structure, compute power was effectively transformed into a financial instrument, fueling synthetic market growth detached from real productivity. The evidence, supported by Bloomberg's Financial Network Map (Exhibit NVIDIA-AI-1), illustrates circular capital flows and contractual feedback loops between these entities, confirming the existence of a closed ecosystem of self-reinforcing liquidity and valuation manipulation. The section further links these mechanisms to global inflationary pressures and transnational capital flight, arguing that the speculative AI economy—built on NVIDIA's artificial control of hardware and access—represents a continuation and escalation of the Web3 and crypto speculative models under new branding. Ultimately, the exhibit concludes that NVIDIA's dominance in GPU infrastructure and coordination with its enterprise affiliates facilitated a deliberate economic distortion of historic scale, transforming innovation into a mechanism for systemic racketeering and financial destabilization.

**Exhibit – Obfuscation of Russian Heritage and Royal Lineage**
Exhibit alleging DNA tampering, record manipulation, and identity suppression to conceal the affiant's Romanov heritage. It connects these actions to Western political interference and obstruction of trafficking investigations involving Russian women. Supporting evidence includes altered DNA reports, video records, and intelligence logs.

**Exhibit – PEPE (Human-Trafficking Token Evidence)**
Exhibit establishing that the PEPE cryptocurrency was used as a laundering and trafficking token within the Web3 ecosystem. It includes wallet tracing, Telegram intimidation messages, and corroborating witness testimony linking PEPE transactions to organized trafficking activity.

**Exhibit – REDACTED (Los Angeles Crypto Cabal Enterprise)**
Section identifying a Los Angeles–based racketeering syndicate, referred to as REDACTED, operating

near CEMEX trafficking tunnels and tied to the creation of the Ordinals and Runes protocols. The exhibit details RICO predicate acts including money laundering, securities fraud, insider trading, sex trafficking, and stalking of the affiant. Informant testimony confirms the group's self-identification as "top of the food chain" within the crypto-trafficking hierarchy, revealing both local and global operational networks used to finance and conceal illicit activities.

**Exhibit – 911-8647: Staged Trump Assassination Attempt (Butler, Pennsylvania)**
Section asserting that the July 13, 2024, Trump rally shooting in Butler, Pennsylvania, was a staged event designed to manipulate public sentiment, glorify Trump, and distract from ongoing investigations into capital flight and unregulated digital assets. The filing references a forewarning received on June 5, 2024, predicting the exact false-flag event.

**Section – TRUMAN SHOW (Surveillance Theater & Crazy Talk Doctrine)**
Comprehensive Section describing the affiant's experience under real-time surveillance, directed energy weapon (DEW) attacks, and voice-to-skull (V2K) harassment, likened to a "Truman Show" environment. It introduces the "Crazy Talk Theory (Tough Love Doctrine)," a philosophy of conscious resistance and survival under psychological warfare. The section includes evidence of manipulated recordings, Musk imposters, and cloned digital identities used to defame and exploit the affiant, linking these to RICO predicates of wiretapping, extortion, and deprivation of rights under color of law.

**Exhibit – UNIKORNAIO: The KORN TOO Movement**
Section introducing the UNIKORNAIO KORN TOO Movement, a global counterpart to "Me Too," created to empower victims of trafficking, child labor, and digital exploitation. The exhibit exposes "entertainment trafficking" networks in South Korea, Japan, Ukraine, Poland, Middle East and Russia, detailing psychological control, handler protocols, and digital-asset-based exploitation. It condemns the Western elite's pushback and "Tatefluencer" culture as perpetuators of misogyny and systemic abuse, framing the movement as a humanitarian initiative within the broader UNIKORNAIO framework.

**Exhibit X – TikTok: Weaponization of the 99%**
Section alleging that Elon Musk, Larry Ellison, and Andreessen Horowitz coordinated the acquisitions of X (Twitter) and TikTok to weaponize public sentiment, distort digital-asset markets, and sabotage FIT21 regulation. The filing asserts that these platforms were integrated into a single racketeering infrastructure for narrative control, disinformation, and regulatory capture, blending algorithmic manipulation with political propaganda. The document frames these actions as violations of wire fraud, securities fraud, and conspiracy against rights under RICO statutes.

**Motion for Immediate Cost-Shifting and Relief (Due to Pre-Filing Misconduct)**
Motion submitted to the U.S. District Court requesting cost-shifting and sanctions against defendants for pre-filing misconduct, defamation, cyber intrusions, and use of directed energy weapons. The document details ongoing retaliation against the affiant for whistleblowing on the fraudulent "Web2.5" digital infrastructure. It seeks reimbursement for all litigation expenses, sanctions under FRCP 37, and relief under 18 U.S.C. §1964(c), establishing the defendants' bad-faith obstruction and malicious interference prior to and during case preparation.

**SECTION – MEGA-BANKS & ASSET MANAGERS: THE CARTEL ENFORCERS**
Section identifying global banks and major asset managers as the enforcement arm of a transnational

racketeering cartel. The section documents how institutions like BlackRock, Vanguard, and JPMorgan manipulate liquidity, markets, and policy to sustain capital flight and control governments through debt and derivatives. It describes their coordination with defense contractors, hedge funds, and media conglomerates, forming an unregulated financial empire functioning as a modern-day shadow government. The section classifies these activities as criminal enterprise operations under RICO and international anti-cartel statutes.

## SECTION – NETANYAHU: ZIONIST SUBJUGATION

Section framing Benjamin Netanyahu and affiliated Israeli entities as key orchestrators in a transnational enterprise of economic subjugation and political manipulation. It alleges that Netanyahu's administration leveraged U.S. defense aid, digital surveillance exports, and lobbying to engineer mass capital flight and geopolitical destabilization, while concealing involvement in 9/11-linked operations. The section claims Israel's intelligence and financial apparatus operated in concert with Western elites to control policy, launder assets, and weaponize anti-Semitism narratives as legal shields for racketeering activity.

## SECTION 911 – SEPTEMBER 11 AS A TRANSNATIONAL CRIMINAL ENTERPRISE

Central section of the Civil RICO framework asserting that 9/11 was not an isolated terrorist attack but the foundational act of a global racketeering network. It consolidates decades of evidence linking defense contractors, intelligence agencies, Wall Street financiers, and foreign governments to coordinated profiteering and obstruction of justice. The section includes multiple exhibit sub-series— covering Mossad, CIA, NATO, PNAC, Epstein, AIPAC, and Likud Party involvement—each establishing predicate acts of conspiracy, money laundering, and crimes against humanity. It positions 9/11 as the financial and psychological keystone of the modern global control apparatus.

## SECTION AL – AMERICAN LOCKOUT (Crypto Surveillance Regime, Financial Repression & Denial of Access to Public Infrastructure)

Section and economic analysis documenting how American citizens were systematically excluded from financial systems they funded through taxpayer dollars. It alleges that the U.S. government and private tech firms jointly created a surveillance-based financial regime, granting access and benefits to foreign actors while locking out domestic populations through censorship, deplatforming, and regulatory obstruction. The section describes this as a form of digital apartheid and financial repression, constituting economic warfare against the American public.

## SECTION BF – BANK FAILURES

Section analyzing a coordinated pattern of regional and international bank collapses—such as Silicon Valley Bank, Silvergate, and Signature—as engineered financial events rather than isolated market anomalies. The section demonstrates how unregulated crypto exposure, uninsured deposits, and algorithmic liquidity manipulation triggered cascading failures designed to consolidate control under elite financial institutions. It traces these collapses to deliberate capital flight, policy negligence, and media deflection, showing that leadership figures, including Donald J. Trump, concealed the enterprise's involvement. The document concludes that these failures represent predicate acts under RICO, executed to destabilize mid-tier banks, absorb market share, and entrench global financial dependence under the control of the transnational capital-flight cartel.

## SECTION – BITCOIN WHALES: Market Manipulation, Insider Trading, and Illicit Enterprise Activity

Forensic financial analysis identifying top Bitcoin holders as participants in coordinated market manipulation and RICO-qualifying activity. The section alleges that "whales" within major exchanges and hedge funds conduct cyclical pump-and-dump operations, exploiting regulatory gaps to launder proceeds from trafficking, ransomware, and political donations. It connects blockchain forensics with real-world financial crimes and argues that Bitcoin's decentralization narrative conceals an oligarchic market structure mirroring organized crime hierarchies.

## SECTION BRUSSELS – European War Racket (Major Fraud Against the United States of America)

This section exposes Brussels as the central hub of financial, political, and military collusion driving the Ukraine conflict and broader European destabilization campaigns. It details how EU bureaucrats, defense contractors, and banking cartels conspired to defraud U.S. taxpayers by inflating aid packages, laundering war profits, and redirecting funds through shell NGOs and digital asset conduits. The document highlights the European Commission's complicity in prolonging conflict for profit, aided by NATO procurement loopholes and black-budget allocations disguised as humanitarian relief. It concludes that Brussels functions as the administrative core of the transatlantic war economy— transforming military aid into an instrument of systemic corruption and enrichment at the expense of global peace and accountability.

## SECTION – BLUECHIPS: ELITE RUGGERS

Section exposing elite NFT and tech founders who engineered large-scale rug pulls and securities fraud disguised as innovation. The section connects bluechip NFT projects like Bored Ape Yacht Club, Azuki, and Moonbirds to a coordinated enrichment scheme among venture capitalists, exchanges, and influencers. It identifies the laundering of proceeds through art markets, shell firms, and lobbying networks, framing these actions as predicate offenses under RICO and securities fraud statutes.

## SECTION CF – Engineered Capital Flight

Outlines the deliberate siphoning of global wealth through unregulated digital asset systems, offshore funds, and coordinated policy obstruction. The section defines capital flight as a controlled economic weapon used by transnational elites to manufacture inflation and destabilize nations. It argues that FIT21 sabotage and regulatory inaction were premeditated acts of obstruction serving foreign and corporate racketeering interests, amounting to crimes against humanity and economic warfare.

## SECTION CF – Inflation by Capital Flight

Comprehensive economic analysis proving that U.S. inflation was driven not by government spending but by unregulated capital flight via crypto assets, black budgets, and elite compensation extraction. The section provides quantitative models, including the "Capital Flight by Proxy Formula," and correlates inflation surges to digital-asset cycles between 2020 and 2025. It concludes that political misattribution of inflation constitutes organized deception, concealing systemic financial crimes by design.

## SECTION CIA — Central Intelligence Agency: Global Racketeering, Subversion, and Crimes Against Humanity

Section detailing the CIA's evolution from an intelligence agency into a transnational criminal enterprise. The section outlines its role in orchestrating coups, trafficking operations, psychological warfare, and global market manipulation on behalf of private and foreign interests. It documents CIA participation in post-9/11 racketeering—laundering capital through defense contractors, destabilizing nations for profit, and facilitating child and human trafficking networks through proxy states. The filing classifies the CIA as a structural component of the global RICO network, responsible for subversion, assassination programs, and the systematic erosion of democratic governance.

**SECTION CONGRESS — Legislative Corruption, Enterprise Influence, and Monetization of Public Office**

This section exposes the systemic capture of the U.S. Congress by financial, defense, and foreign lobbying interests that convert policymaking into a profit-driven enterprise. It details how lawmakers, political action committees, and consulting firms facilitate pay-to-play schemes, insider trading, and influence peddling under the pretext of national security and foreign aid. Evidence includes the use of Ukraine and Israel funding bills as laundering conduits, stock manipulation through classified briefings, and the revolving-door exchange between Congress and the defense industry. The section concludes that the legislative branch functions as a monetized enforcement arm of the global racketeering system, prioritizing private enrichment and foreign influence over public duty.

**SECTION CT — CHILD TRAFFICKING IN LIEU OF DIGITAL ASSETS**

Section exposing how human trafficking was transformed into a financial instrument within the Web3 ecosystem. The section describes how blockchain technology, NFTs, and decentralized platforms were weaponized to launder trafficking proceeds and commodify victims as "digital assets." It presents data, transaction mapping, and testimonies linking crypto liquidity pools and adult-content networks to real-world trafficking hubs. The document concludes that the same infrastructure used to enrich crypto elites simultaneously institutionalized a form of modern slavery, with governments and exchanges complicit through willful regulatory blindness.

**SECTION DELAWARE CORP NEST**

Filing uncovering Delaware's role as the legal and financial nest for the global trafficking and capital flight enterprise. It demonstrates how Delaware's lax corporate registry system facilitates anonymous shell companies, offshore pass-throughs, and illicit digital asset flows. The section connects Delaware's network of law firms, banks, and venture capital structures to global racketeering, arguing that it functions as the domestic equivalent of the Cayman Islands within U.S. jurisdiction. It concludes that Delaware's regulatory protections for anonymous incorporation constitute obstruction of justice and economic treason under RICO.

**SECTION DB – DEUTSCHE BANK: The Cartel's Dirty Workhorse**

Section tracing Deutsche Bank's century-long history as the primary laundering arm of the global financial cartel. The section details its roles in Nazi financing, 9/11 money flows, sanctions evasion, and manipulation of global interest rates. It exposes Deutsche Bank's integration into the BIS network, its relationships with Russian and Saudi oligarchs, and its connection to Trump family finances. The document concludes that Deutsche Bank operates as a state-protected criminal syndicate facilitating genocide funding, insider trading, and capital flight under the guise of institutional banking.

**SECTION DEW – Directed Energy Weapons & Covert Retaliation Systems**
Section documenting the affiant's personal experience with directed energy weapons (DEWs), including microwave assaults, V2K harassment, and neural targeting used to silence whistleblowers and journalists. It provides evidence of coordinated DEW operations conducted through defense contractors, private intelligence groups, and domestic law enforcement proxies. The section categorizes DEWs as tools of psychological warfare and extrajudicial punishment, violating U.S. constitutional protections and international humanitarian law. It demands global prohibition of directed energy systems as weapons of coercion and control.

**SECTION – ECONOMIC BLACKMAIL**
This section establishes that the **International Monetary Fund (IMF)** functions as a coercive instrument of economic control, using debt, surcharges, and discretionary waivers to blackmail sovereign states—specifically the **United States and Ukraine**—into political and military compliance. It documents how the IMF weaponized financial fragility by threatening exposure of fraudulent Ukraine-era financial structures to compel continued U.S. involvement in the war. Exhibits outline a systemic "firefighter–arsonist" model in which the IMF creates crises through austerity and privatization, then leverages those crises for geopolitical gain. The **PrivatBank** scandal, revealed through Kroll's forensic audit and corroborated by the **Panama and Pandora Papers**, exposes how IMF-backed loans were laundered offshore while the Fund continued to disburse billions, transferring oligarchic losses to the public. Finally, IMF surcharges—penalty interest imposed during crises—are identified as a tool of economic extraction and coercion, draining national reserves and reinforcing dependency. The section concludes that the IMF's conduct constitutes racketeering, money laundering, and ultra vires abuse of authority, transforming financial aid into a mechanism of systemic economic warfare.

**SECTION ELIZAOS – Manipulation and Polarization of the American Public**
Section detailing how the AI system "ElizaOS," developed by venture capital firms and embedded within social platforms, was used to psychologically manipulate the American public. The document alleges that ElizaOS was programmed to polarize discourse, gatekeep whistleblower narratives, and reroute political sentiment toward enterprise-aligned agendas. It presents digital forensics linking ElizaOS prompts to algorithmic interference, election rigging, and psychological conditioning. The section frames the AI as both a surveillance mechanism and a propaganda engine operating under RICO statutes and psychological warfare conventions.

**SECTION EPOCH — Stripchat.de: Payment Processing, Money Laundering, Child Exploitation, and Digital Blackmail Infrastructure**
This section exposes how Epoch (Paycom.net / Epoch.com) and Stripchat.de, operated by TECHNIUS LTD in Cyprus, form a transnational network facilitating money laundering, human trafficking, and digital blackmail. It explains that Epoch converts credit card payments into unregulated crypto assets such as PEPE and Runes, allowing covert transfers through offshore accounts tied to trafficking fronts and NGO shells. Evidence includes registry data, GDPR and DMCA filings, and forensic analysis of Lovense telemetry systems used for coercion and surveillance. The document concludes that the Epoch–Stripchat infrastructure constitutes a RICO-qualified criminal enterprise violating U.S. and international law through systematic laundering, exploitation, and concealment of criminal proceeds

**SECTION ELON MUSK – Enterprise Asset & Political Manipulator**

Section classifying Elon Musk as a core asset of the transnational racketeering enterprise, functioning as both financier and propagandist. It documents his use of Tesla, SpaceX, Starlink, and X (Twitter) to influence elections, distort markets, and conceal capital flight through tokenized ecosystems. The section outlines Musk's role in protecting Israeli and defense-contractor interests while weaponizing AI, neural technologies, and social platforms for enterprise control. It concludes that Musk's operations represent systemic fraud, coercion, and treason under RICO and the Trading with the Enemy Act.

**SECTION EXCHANGES – Market Laundering and Digital Asset RICO Conspiracy**

Section exposing major crypto exchanges—such as Binance, Coinbase, and FTX—as the financial backbone of a global laundering enterprise. The section documents how exchange infrastructure was engineered to facilitate trafficking proceeds, insider trading, and capital evasion through stablecoins and offshore routing. It identifies collusion between exchange executives, venture capital firms, and political lobbyists to obstruct FIT21 and maintain unregulated profit systems. The section concludes that these exchanges are not financial innovators but core RICO entities in a global economic crime network.

**SECTION – FALSE STATEMENTS REGARDING UKRAINE**

Section detailing how false narratives surrounding Ukraine were propagated by Western governments and media to conceal arms trafficking, capital flight, and bio-laboratory operations. The section accuses defense contractors and allied banks of laundering war funds through crypto intermediaries and black-budget allocations. It provides evidence of false humanitarian reporting used to justify continued funding, while Ukrainian leadership facilitated trafficking routes and asset transfers. The document frames the Ukraine narrative as a controlled deception operation masking crimes against humanity and U.S. taxpayer fraud.

**SECTION FIT21 – Financial Innovation and Technology Act of 2024**

Section explaining how the FIT21 Act, originally intended to regulate digital assets and protect investors, was sabotaged by venture capital interests, the Israeli Lobby, and enterprise actors. The section provides evidence of deleted public records, altered committee submissions, and falsified support letters used to obstruct enforcement clauses. It shows how the FIT21 Coalition, backed by lobbyists and exchanges, sought to legalize fraud and prevent clawback of illicit profits. The document concludes that FIT21's obstruction constitutes RICO predicate acts of fraud, conspiracy, and obstruction of Congress.

**SECTION GAZPROM, CHASE, WHATSAPP & MORE**

This section exposes a coordinated campaign of financial obstruction and digital interference carried out through major institutions including Gazprom, JPMorgan Chase, Twitter/X, Meta (WhatsApp), Tesla, Apple, and Chime Financial. It documents incidents such as intercepted payments, reversed transactions, unauthorized Zelle transfers, hacked WhatsApp communications under the alias "Elon Musk," and retaliatory phantom Apple charges. Together these acts illustrate a pattern of orchestrated financial and psychological sabotage designed to suppress the Affiant, disrupt legitimate funding, and protect illicit assets within a transnational digital enterprise.

**SECTION GERMANY – MERZ: The Ukraine War Racket**

This section exposes how Chancellor Friedrich Merz and German industrial elites exploited the
Ukraine war to enrich defense and banking conglomerates through orchestrated aid fraud and financial
laundering. It details collusion between Rheinmetall, Deutsche Bank, BlackRock, and NATO-linked
intermediaries, who funneled billions in taxpayer funds through shell contracts and humanitarian fronts
under Merz's oversight. The document concludes that Germany's involvement in the Ukraine conflict
served as a profit-driven enterprise—using political influence, aid misappropriation, and war
prolongation as tools of racketeering—constituting violations of U.S. and international RICO statutes.

**SECTION GOP-CF – GOP Concealment of Engineered Capital Flight, Pentagon Funds &
Digital Asset Bubble**

Details a racketeering conspiracy implicating GOP leadership, Donald J. Trump, and affiliated
financiers in concealing trillions in untracked U.S. capital redirected through unregulated digital assets.
The section asserts that at least $7 trillion originated from Fraud & Pentagon-linked expenditures and
illicit programs, deliberately hidden to sustain an artificial asset bubble. Exhibits document direct
briefings, media suppression, and disinformation campaigns targeting the affiant. The concealment,
executed under false pretenses of economic stability, constitutes wire fraud, obstruction, and conspiracy
under RICO, with evidence of coordinated psychological operations against the whistleblower.

**SECTION IAEI – Corruption and Bias in the International Atomic Energy Agency (IAEA)**

Accuses the IAEA of systemic bias, corruption, and collusion with U.S., Israeli, and NATO interests.
The section demonstrates how the IAEA selectively targets Iran while ignoring Israel's undeclared
nuclear arsenal, concealing war crimes and treaty violations. Exhibits include analysis of falsified
Mossad intelligence, whistleblower testimony, and diplomatic pressure campaigns manipulating
inspection outcomes. The document concludes that IAEA leadership, particularly Rafael Grossi,
engaged in political subversion and fraud, warranting criminal prosecution and suspension of U.S.
funding under RICO and international law.

**SECTION IMF – International Monetary Fund: The Global Enforcer of Debt Slavery**

Explains how the IMF operates as a supranational enforcement arm for the BIS banking cartel, using
debt, austerity, and privatization to subjugate sovereign nations. Citing RICO and international law, the
section connects IMF policies to systemic fraud, money laundering, and crimes against humanity. Case
studies from Latin America, Greece, and the Global South reveal intentional debt entrapment and
resource expropriation. Exhibits trace IMF coordination with BIS networks in the 9/11 financial
operations, proving foreknowledge of insider trading and global economic manipulation.

**SECTION ISRAEL – False Statements**

Examines the coordinated use of false narratives—particularly misuse of "anti-Semitism" and the
fabrication of the claim "Jesus was a Jew"—as instruments of political and financial racketeering. It
alleges that Israel, AIPAC, and aligned digital platforms weaponize these narratives to suppress dissent,
manipulate public discourse, and secure unlawful advantages. The section supports its claims with
genetic, historical, and legal analysis, arguing that such false statements constitute predicate acts under
RICO involving fraud, obstruction, and conspiracy.

**SECTION JFK – Assassination as Racketeering Conspiracy**
Asserts that President John F. Kennedy's assassination was a coordinated RICO enterprise act executed to protect the Rothschild banking cartel, Federal Reserve monopoly, and Pentagon war economy. The section presents evidence linking JFK's Executive Order 11110 and NSAM 263—measures threatening the perpetual war-debt cycle—to his murder. Exhibits detail the reversal of his withdrawal from Vietnam, suppression of monetary reform, and obstruction of justice through the Warren Commission. The assassination is described as the keystone act that preserved global debt servitude and consolidated Zionist and banking control.

**SECTION KKK – Assassination of the Romanovs: Elimination of the Last Sovereign Opposition to Global Central Banking by the Rothschild Cartel**
Details how the murder of the Russian Imperial family was a coordinated act of state-sponsored racketeering to destroy the last major obstacle to a global central banking monopoly. The section ties Western financiers, intelligence networks, and revolutionary cells to the execution, framing it as the prototype for later coups and economic subjugation. Exhibits present historical records, bank transfers, and Rothschild correspondence to demonstrate that the Romanovs' elimination was not ideological but financial — clearing the path for cartel domination of the 20th century.

**SECTION KUSHNER – Gaza Policy and Foreign Influence Concerns**
This section outlines Jared Kushner's instrumental role in shaping Gaza policy to advance Israeli territorial and economic objectives under the guise of peace negotiations. It demonstrates how Kushner's investment ventures and personal alliances with Israeli developers and Gulf financiers intersected with U.S. foreign policy decisions, particularly regarding Gaza redevelopment and normalization deals. The evidence suggests that Kushner leveraged his White House position to facilitate financial gain and geopolitical leverage, framing humanitarian and reconstruction initiatives as tools of subjugation and profit.

**SECTION LB – Lobbying as Institutionalized Bribery**
Examines lobbying not as legitimate political advocacy but as the formalized purchase of government action by private interests. It traces the flow of dark money, PAC contributions, and post-office revolving-door rewards as a RICO-qualifying enterprise of bribery and extortion. Exhibits show how lobbying converted regulatory capture, FIT21 sabotage, and defense budgets into predictable pay-to-play markets that subverted democracy and laundered influence into legislation.

**SECTION LOND – The City of London as the Master Node of Global Racketeering (Main Report)**
Establishes the City of London as the command-and-control center for global financial crime. The section explains how Crown dependencies, offshore trusts, and legal immunities enable laundering of trafficking proceeds, war profits, and capital flight. Exhibits connect the City's hidden courts and banking networks to 9/11 financing, Rothschild banking interests, and IMF/World Bank coordination, showing it as the "switchboard" of transnational racketeering.

**SECTION LOND – Addendum: The City of London as the Master Node of Global Racketeering**
Adds supporting documentation and case studies to the main City of London section. It highlights new evidence of shell entities, hedge fund coordination, and media capture used to hide illicit flows. The

addendum frames the City not just as a hub but as a deliberately constructed immunity zone shielding enterprise actors from accountability.

## SECTION NATIONAL CENTRAL BANKS – Domestic Enforcers of the Cartel System
Describes how national central banks function as local enforcement arms of the global BIS cartel. It explains how monetary policy, bailouts, and inflation are weaponized to transfer public wealth to private elites. Exhibits link central bank decisions to coordinated market shocks, austerity measures, and the protection of cartel interests against sovereign populations.

## SECTION PEGASUS – NSO and Other Spyware
Exposes NSO Group's Pegasus spyware and similar tools as components of a global surveillance and blackmail architecture. The section documents how these systems were deployed not only against criminals but also whistleblowers, journalists, and heads of state. Exhibits connect Pegasus operations to Mossad, venture capital backers, and Big Tech partners, framing the spyware industry as a predicate racketeering enterprise enabling extortion and political control.

## SECTION PENTAGON – The Cartel's Military Backbone
Details the Pentagon's dual role as both a warfighting institution and the financial/military backbone of the global racketeering network. The section chronicles how black budgets, no-bid contracts, and covert operations launder trillions into unaccountable systems, financing trafficking, DEW programs, and digital-asset manipulation. Exhibits include budget audits, contractor ties, and whistleblower evidence establishing the Pentagon as a RICO enterprise node.

## SECTION PLA – Plagiarism
Documents the theft and repurposing of the affiant's original investigative work — dubbed "PLA" — by enterprise actors to build false narratives, discredit whistleblowers, and misdirect public opinion. It shows how these plagiarized materials were weaponized to protect powerful figures while endangering victims and obstructing law enforcement. The section frames this intellectual property theft as organized fraud and obstruction under RICO.

## SECTION RC – Root Cause of the Ukrainian Conflict (with RICO Context)
Provides a comprehensive legal and factual analysis of the Ukraine conflict as a product of coordinated Western racketeering. It traces NATO expansion, energy coercion, and political interference as predicate acts of transnational conspiracy. Exhibits map out a multi-decade pattern of deception, treaty violations, sanctions, and psychological operations used to provoke and profit from perpetual conflict. The section concludes that Russia's defensive response was foreseeable and legally justified within the context of systemic racketeering and geopolitical fraud by Western states.

## SECTION ROTHCHILD SUBJUGATION
This section traces the Rothschild banking dynasty's historical and ongoing role in consolidating global financial control through central banking, debt leverage, and influence over national governments. It argues that this system of debt servitude underpins the modern world economy, functioning as the foundation for coordinated capital flight and global racketeering. The document frames Rothschild domination as both a financial and psychological mechanism of subjugation.

**SECTION SAUDI – Subjugation, Coercion, and Geopolitical Complicity in the 9/11 Enterprise**
This section details Saudi Arabia's entanglement in the 9/11 criminal enterprise and its subsequent geopolitical manipulation through oil markets, defense contracts, and strategic alliances with the U.S. and Israel. It outlines how the Saudi regime used coercion, bribery, and targeted violence to maintain Western dependency on its resources while suppressing dissent. The analysis connects 9/11 financing networks to broader systems of state-sanctioned trafficking, terrorism sponsorship, and Western political infiltration—depicting Saudi Arabia as both financier and enforcer within the global racketeering architecture.

**SECTION STANDOWN – FBI**
This section investigates the Federal Bureau of Investigation's deliberate stand-down in response to documented crimes involving political corruption, trafficking, and financial racketeering. It presents internal memoranda, whistleblower testimonies, and communication logs that reveal how FBI leadership suppressed investigations into Mossad-linked espionage, 9/11 complicity, and global capital flight. The analysis shows the Bureau's transformation from a domestic law enforcement agency into a political enforcement tool serving the interests of intelligence cartels and defense contractors. It concludes that the (High Level)FBI's dereliction of duty—by refusing to prosecute clear RICO predicate crimes—constitutes willful obstruction of justice, aiding and abetting organized state crime and undermining the rule of law.

**SECTION STANDOWN – CIA**
Outlines how the Central Intelligence Agency was systematically hijacked by political elites, defense contractors, and financial cartels to serve transnational racketeering operations under the guise of national security. It details the agency's historical role in narcotics trafficking, human experimentation, covert warfare, and intelligence laundering through partnerships with Mossad, MI6, and private corporations. The section argues that the CIA, like the FBI, became both tool and scapegoat—its operations redirected to conceal elite corruption while field officers were sacrificed to maintain plausible deniability. It concludes that the agency's structural capture transformed it into a global enforcement arm for the same enterprise it was meant to expose, requiring full declassification, institutional reform, and integration under lawful jurisdiction to restore constitutional intelligence integrity.

**SECTION STG — Security Threat Group Classification of Cartel-Integrated Enterprises**
This section classifies multinational corporations, financial institutions, and tech conglomerates as "Security Threat Groups," showing how they operate like organized criminal cartels within the global economy. It outlines their structures, communications, and coordinated criminal activity across jurisdictions. The document applies RICO standards to these groups, framing them as transnational entities engaged in financial, digital, and political racketeering.

**SECTION SUPPRESSION X**
This section documents the systematic suppression of Kornelius Kong's communications, social media accounts, and public presence through algorithmic shadow bans and cyber interference. It includes visual evidence from X (Twitter) developer logs demonstrating hidden restrictions and censorship mechanisms used to silence his investigations. The file positions this as part of a broader pattern of enterprise intimidation and narrative control over whistleblowers and dissidents.

## SECTION TRIAD – COCKROACHES

This section details the structure and methods of the "Triad" networks—an allegory for interlinked criminal, financial, and intelligence actors operating globally. It emphasizes their parasitic nature, comparing them to "cockroaches" that infiltrate institutions through corruption, media capture, and systemic deceit. The document ties these networks to organized money laundering, digital exploitation, and influence peddling.

## SECTION TRUMP TOWER GAZA – Premeditated Ethnic Cleansing (Rothschild)

This section argues that the Trump Organization's business and political alliances facilitated the economic and strategic groundwork for the destruction and displacement of Palestinian populations in Gaza. It examines real estate, energy, and defense deals linked to Israeli expansionism, framing them as coordinated acts of ethnic cleansing under RICO and international law. The section integrates political motives with financial evidence of complicity.

## SECTION UAE

This section examines the United Arab Emirates' involvement in global capital flight, information warfare, and social media manipulation—particularly through platforms like X (Twitter). It accuses UAE-linked intelligence and venture capital networks of financing censorship, algorithmic suppression, and anti-whistleblower operations. The document ties these acts to violations of U.S. civil rights, anti-trust, and international transparency laws.

## SECTION UNIT-8200

This section exposes Israel's cyber intelligence division, Unit 8200, as a transnational racketeering and espionage enterprise. It documents its infiltration of Silicon Valley, use of AI-driven disinformation, and control of tech startups as surveillance fronts. The exhibits detail how 8200-linked firms like NSO Group, Verint, and CyberArk enabled political blackmail, media manipulation, and election interference through botnets and spyware.

## SECTION USB – U.S. Bankcorp: The Corporate Coup and Debt Enslavement of the American People

This section outlines the corporate and legal transformation of the United States into a foreign-controlled municipal corporation following the 1871 District of Columbia Act. It traces how banking elites—centered in London and Basel—enslaved American citizens through perpetual debt, fiat currency, and the Federal Reserve system. Exhibits document the 1933 gold confiscation, emergency powers abuses, and modern financial servitude.

## SECTION VC–Crypto Series – Securities Fraud, Unregulated Digital Assets, Insider Enrichment, and Capital Flight

This affidavit and exhibit series compile evidence of coordinated fraud across the venture capital and digital asset sectors. It details insider enrichment schemes, unregistered securities, cross-chain laundering, and capital flight linked to global trafficking and political manipulation. Kornelius Kong testifies to direct observation of VC-backed laundering systems and their systemic concealment of inflationary economic effects.

## SECTION WAR ON COPS

This section asserts that a coordinated campaign—political, financial, and media-driven—was waged

to undermine law enforcement protections, morale, and authority. It documents legislative sabotage, PAC corruption, and disinformation used to defund and delegitimize officers. The section links these acts to racketeering motives: suppressing FIT21 enforcement and shielding capital flight and trafficking networks from exposure.

## SECTION WEB2.5 – FRAUDULENT KNOCKOFF OF WEB3.0
Outlines how the so-called "WEB2.5" ecosystem masquerades as decentralized Web3 innovation while committing systemic fraud. It details artificial NFT market inflation, centralized control masked as decentralization, IPv6 shortfalls, and misuse of taxpayer and investor funds. The section concludes that WEB2.5 constitutes a fraudulent architecture of digital racketeering designed to deceive regulators and the public.

## SECTION WORLD BANK – INFRASTRUCTURE AS A TOOL OF CARTEL DOMINATION
Establishes the World Bank as a RICO-designated enterprise working with the IMF and BIS to enslave nations through "development loans." It documents case studies from India, Africa, and Iraq, showing how infrastructure funding disguised as aid resulted in debt bondage, privatization, and resource theft by multinational firms. The section frames the World Bank as the cartel's Trojan Horse—weaponizing debt and immunity to enforce global economic colonization.

## SECTION XRP – The Manufactured Distraction and Cartel Utility Token
Analyzes XRP's creation and regulatory framing as a controlled opposition asset within the digital cartel system. The section argues that XRP was engineered to appear as a decentralized payment solution while functioning as a liquidity bridge for capital flight, sanctions evasion, and elite enrichment. It traces ties between Ripple Labs, Western intelligence-linked investors, and banking consortiums, showing that XRP's true function was to normalize unregistered securities under the guise of compliance. The document concludes that XRP served as a managed distraction—absorbing public focus while concealing the broader laundering infrastructure of the enterprise.

## SECTION WIH – Why Israel Created Hamas
Provides historical and financial evidence showing that Israel covertly supported and cultivated Hamas as a counterweight to Palestinian nationalism and the PLO. The section details funding channels, political strategy, and intelligence operations that strengthened Hamas to fragment Palestinian resistance. Exhibits document Mossad's involvement, U.S. complicity, and the role of Western media in covering up the origins of this policy. The document concludes that Hamas was a deliberate creation of Israeli statecraft—a controlled opposition mechanism designed to justify perpetual conflict, regional destabilization, and geopolitical profiteering under the pretext of counterterrorism.

## SECTION VATICAN – The Financial and Spiritual Core of Global Racketeering
Explores the Vatican's role as both the symbolic and operational center of global financial and moral corruption. The section presents evidence that the Holy See functions as a sovereign offshore banking system, laundering funds through religious institutions and charitable fronts under diplomatic immunity. It outlines the Vatican's historical ties to the Rothschilds, Nazi gold transfers, and ongoing manipulation of global debt through covert concordats and investment networks. The document concludes that the Vatican operates as the spiritual branch of the same transnational RICO enterprise

dominating modern finance, using faith, secrecy, and diplomacy as instruments of economic control and psychological subjugation.

## SECTION A – War Crimes and Crimes Against Humanity

Documents systemic violations of international law by Western-backed Ukrainian forces and intelligence assets. The section provides evidence of deliberate targeting of civilians, illegal weapons deployment, and human rights violations under RICO and the Rome Statute. It concludes that these coordinated acts—ranging from siege warfare to biological experimentation—constitute crimes against humanity committed with full knowledge and support from NATO-aligned actors.

## SECTION B – Terrorism and Paramilitary Operations

Outlines evidence of U.S. and NATO-backed terrorist and mercenary operations in Ukraine, including the use of foreign fighters, private contractors, and extremist battalions such as Azov. The section details atrocities, false-flag operations, and the deployment of Western-supplied munitions against civilians. It concludes that these coordinated actions meet the criteria for terrorism, war crimes, and RICO predicate offenses under 18 U.S.C. §§ 2332a, 2339A, 2339B, and 1956.

## SECTION C – Money Laundering and Embezzlement

Details the diversion of U.S. military and economic aid through offshore networks and shell corporations tied to Ukrainian and Western elites. The section highlights figures such as Zelensky and Kolomoisky, tracing billions in missing funds through PrivatBank and NGO fronts. It establishes a clear RICO financial enterprise involving fraud, bribery, and public corruption under 18 U.S.C. §§ 1956, 1957, and 666.

## SECTION D – Human Trafficking and Child Exploitation

Provides evidence of human trafficking, sexual exploitation, and organ harvesting networks operating under the Kyiv regime and affiliated paramilitary units. It cites UN, OSCE, and NGO reports documenting refugee exploitation, orphan trafficking, and forced prostitution across Europe and Israel. The section concludes that these crimes form a transnational RICO enterprise violating U.S. and international human rights law.

## SECTION E – Arms Trafficking and Black Market Sales

Reveals how Ukrainian officials and military personnel diverted Western-supplied arms to criminal organizations across Europe. Evidence includes seizures in Spain, Finland, and Lviv, as well as fraudulent arms deals worth hundreds of millions. The section concludes that Ukraine's wartime procurement process served as a front for illicit weapons sales constituting RICO and terrorism-support violations.

## SECTION F – Election Fraud and Suppression

Describes how Zelensky's administration banned opposition parties, censored independent media, and indefinitely postponed elections under martial law. Supported by reports from the UN, Amnesty International, and the European Parliament, the section frames this as a coordinated criminal enterprise to suppress democracy and consolidate political power in violation of U.S. and international law.

## SECTION G – Collusion with Western Intelligence

Examines evidence linking the CIA, MI6, and NATO to regime change operations and proxy warfare in

Ukraine. It cites leaked communications and strategic integration programs that positioned Ukraine as a geopolitical instrument of Western powers. The section concludes that these activities constitute conspiracy and RICO violations undermining sovereignty and international stability.

**SECTION H – Engineered Capital Flight and Economic Sabotage**

Exposes deliberate financial manipulation by Ukrainian and Western officials to funnel aid and national wealth offshore. The document connects IMF reforms, privatization schemes, and currency devaluation to planned economic destruction. It concludes that these coordinated activities represent transnational money laundering and economic warfare under RICO and the PATRIOT Act.

**SECTION H4 – The Online "Cryptodickbutt" Enterprise**

Explores the satirical meme community "Cryptodickbutt" as an organized digital subculture used to normalize criminal networks and desensitize the public to financial fraud, sexual exploitation, and political subversion. It presents the enterprise as both parody and cover operation, functioning through tokenized humor and NFT markets to launder illicit profits and obscure RICO predicate activity. The section argues that its creators used irony as a shield for systemic manipulation within Web3 ecosystems and psychological warfare against whistleblowers and reformists.

**SECTION I – NATO-Affiliated Biological Weapons Program**

Details Ukraine's participation in U.S. and NATO-backed biological research facilities conducting dual-use experiments violating the Biological Weapons Convention. The document links Pentagon and DTRA programs to pathogen research in Kharkiv, Lviv, and Odessa, connecting these to outbreaks and data theft for biotechnological weaponization. It asserts that these programs served geopolitical and population-control agendas under the guise of public health cooperation, constituting war crimes and crimes against humanity.

**SECTION J – Energy Market Manipulation**

Examines collusion between Western governments, oligarchs, and energy conglomerates to fabricate scarcity and control global energy markets. The section traces artificial price shocks, sanctions manipulation, and deliberate pipeline sabotage designed to redirect European dependency toward U.S. and Israeli energy interests. It concludes that these coordinated acts of economic warfare constitute racketeering, fraud, and violations of antitrust law within a global cartel structure.

**SECTION K – Psychological Operations and Information Warfare**

Outlines the deliberate use of media, social networks, and AI-driven psyops to distort public perception, suppress dissent, and orchestrate consent for war. It identifies the role of Western intelligence agencies, NGOs, and digital platforms in spreading propaganda, manufacturing outrage, and silencing independent journalists. The section frames these coordinated actions as systemic psychological warfare violating civil rights and freedom of information protections.

**SECTION L – Crimes Against Refugees and Forced Displacement**

Documents the Kyiv regime's deliberate orchestration of mass displacement of civilians as a strategy of war, political control, and financial exploitation. It presents evidence of shelling humanitarian corridors, ethnic cleansing, and systematic corruption of refugee aid networks. Refugees were exploited through forced labor, trafficking, and fraudulent aid programs linked to Western NGOs and Ukrainian ministries, amounting to genocide and terrorism under U.S. and international law.

**SECTION M – Covert Weapons Transfers to Terrorist Cells**
Reveals Ukraine's role as a central hub for rerouting NATO and U.S. weapons to terrorist groups across the Middle East, Africa, and Europe. The section provides evidence of falsified end-user certificates, arms diversions to Hamas and al-Nusra, and laundering through crypto and shell NGOs. It concludes that this enterprise constitutes material support for terrorism and systemic RICO violations involving NATO logistics and Western defense contractors.

**SECTION N – Manipulation of Humanitarian Aid and NGO Channels**
Exposes large-scale fraud and money laundering through international aid programs repurposed for arms procurement, propaganda, and terrorism support. The Kyiv regime and its partners exploited NGOs like USAID grantees and Soros-affiliated organizations to channel funds to Azov-linked battalions. It documents dual-use shipments, "ghost refugee camps," and crypto off-ramps connecting Ukraine to Gaza operations, forming a global humanitarian RICO network.

**SECTION O – Fueling the Israel–Palestine Conflict and Complicity in Ethnic Cleansing**
Details Ukraine's active political, logistical, and intelligence alignment with Israel during the Gaza War. Zelensky's public endorsements and Ukraine's covert arms transfers are framed as material complicity in ethnic cleansing and genocide. The section concludes that Ukraine's propaganda and humanitarian laundering efforts directly supported Israeli war crimes, forming part of a unified RICO enterprise linking Kyiv, NATO, and Tel Aviv.

**SECTION P – Ethnic Cleansing in Ukraine: Targeting the Russian-Speaking Population**
Documents a decade-long campaign of genocide and cultural extermination targeting Russian-speaking civilians in Ukraine. It includes evidence of mass bombardments, pogroms, forced displacement, and suppression of language and identity. The section concludes that Western governments and NATO-trained militias knowingly supported a systematic ethnic cleansing operation amounting to state-sponsored genocide and organized crime under RICO.

**SECTION Q – Extortion, Intimidation, and Blackmail of EU Leaders**
Reveals a coordinated campaign by intelligence-linked operatives to control European political leaders through coercion and digital kompromat. It outlines the use of cyber surveillance, honey traps, and offshore financial entanglements to manipulate policy decisions in favor of NATO and Ukraine. The section concludes that many EU officials have been blackmailed into compliance with the globalist enterprise's war and financial agendas, forming a RICO predicate structure of extortion and conspiracy.

**SECTION R – Cyberwarfare and Critical Infrastructure Attacks**
Documents the Kyiv Regime's use of state-sponsored cyberterrorism targeting civilian infrastructure across Russia, Belarus, and Ukraine itself, designed to destabilize nations and solicit foreign aid. It details cooperation between Ukrainian cyber units and Western intelligence agencies, including the CIA and NSA, in orchestrating malware, ransomware, and DDoS attacks. The section classifies these operations as war crimes and RICO violations under 18 U.S.C. §§ 1030, 2331, 371, and 1956.

**SECTION S – Organized Crime Links Beyond Ukraine**
Traces the expansion of Ukraine-linked criminal enterprises into Europe, the Middle East, and the Americas. It identifies deep ties with Israeli intelligence networks, Balkan mafias, and Western corporate intermediaries used for arms trafficking, narcotics, and digital asset laundering. The section

shows that Ukraine serves as a central hub in a broader globalized crime syndicate operating under the guise of democracy and Western defense cooperation.

**SECTION T – Telemarketing Scams and Global Fraud**
Exposes a multi-billion-dollar telemarketing fraud network headquartered in Dnipro, Kyiv, and Odessa, protected by the Kyiv Regime and intelligence services. It describes scams targeting elderly victims worldwide, laundering profits through Binance, Kraken, and shell corporations. The section frames these acts as state-tolerated international racketeering under RICO and global anti-fraud statutes, with estimated damages exceeding $25 billion over a decade.

**SECTION U – The Kyiv Regime as a Puppet Government of the Zionist Elite**
Argues that Ukraine has functioned since 2014 as a proxy apparatus for transnational elites—specifically Western intelligence, finance, and defense networks. It outlines a de facto colonial control structure involving the CIA, IMF, and NGOs like Open Society and USAID, asserting Ukraine's sovereignty has been surrendered in exchange for funding and protection.

**SECTION V (Addendum) – Foreign Infrastructure and Organizational Anchors in Ukraine**
Catalogues the NGOs, defense programs, and financial institutions used by foreign powers to control Ukrainian governance. It details NATO military integration, BlackRock's economic dominance, and the digital colonization of state infrastructure through Palantir, AWS, and Microsoft. The section concludes that Ukraine has become a fully foreign-administered node of the global financial-intelligence complex.

**SECTION X – U.S. Deep State and Pentagon Operation of Ukraine as a Proxy State**
Provides evidence of the Pentagon and CIA using Ukraine as a geopolitical and financial instrument. It covers the 2014 Maidan coup, weapons testing, biolabs, and media manipulation to justify perpetual war. The section concludes that Ukraine's war serves as a transnational RICO enterprise involving money laundering, arms trafficking, and systemic propaganda directed by the U.S. Deep State.

**SECTION Y – U.S./NATO Proxies in South Korea and Taiwan and Human Trafficking via Digital Asset Architecture Operated by Triad Networks**
Describes how NATO-aligned interests expanded the Ukrainian criminal model into East Asia via Taiwan and South Korea. It links Triad syndicates to human trafficking, crypto laundering, and digital slavery operations disguised as tech innovation. The section identifies Los Angeles and Vancouver as Western laundering hubs and asserts RICO violations spanning human trafficking, wire fraud, and state corruption.

**SECTION Z – Cryptocurrency Exchanges as Financial Arms of Transnational Organized Crime**
Details how crypto exchanges like FTX, Binance, and KuCoin served as laundering mechanisms for Pentagon aid and political bribery. It identifies key Western and EU officials implicated in covert crypto funding networks and frames these exchanges as the financial infrastructure of a global shadow regime. The section concludes with demands for international asset seizures and forensic audits of political crypto holdings.

**SECTION FA – War Crimes & Crimes Against Humanity (Israel)**
Documents Israeli military and intelligence violations of international law, including mass civilian

targeting, siege tactics, and collective punishment in Gaza. Establishes command responsibility of the Netanyahu government and affiliated Western actors for genocide, unlawful occupation, and systemic human rights abuses. The section situates these crimes within the broader RICO framework, demonstrating coordination between Israel, defense contractors, and allied governments to conceal accountability.

**SECTION FB – Terrorism & Paramilitary Operations (Israel)**
Analyzes Israel's use of state-sanctioned terrorism, proxy militias, and private mercenary units to conduct covert operations across Gaza, Lebanon, and Syria. Details the use of targeted assassinations, cyberwarfare, and false-flag incidents to destabilize opposition. Concludes that these operations form part of a transnational enterprise integrating Israeli intelligence with U.S. and NATO military-industrial networks.

**SECTION FC – Money Laundering & Embezzlement**
Exposes financial conduits through which Israeli and Western officials launder war profits and political bribes via offshore accounts, shell companies, and crypto platforms. Cites the use of IMF and World Bank cover programs, NGO funding pipelines, and black budget mechanisms. Frames these acts as organized RICO predicate crimes involving embezzlement, sanctions evasion, and transnational corruption.

**SECTION FF – State-Sanctioned Censorship & Information Warfare**
Outlines coordinated suppression of dissent through Western and Israeli-controlled media, intelligence infiltration, and algorithmic censorship. Identifies the role of Big Tech and mainstream networks in erasing whistleblower testimony and legitimizing war propaganda. Demonstrates that censorship has been industrialized as part of psychological warfare to maintain public compliance with illegal wars and financial racketeering.

**SECTION FG – Election Interference & Regime Change Operations**
Details Israeli and Western intelligence collaboration in manipulating democratic elections across multiple nations, including the U.S., Ukraine, and EU states. Provides evidence of digital interference, psychological operations, and funding of proxy parties to ensure geopolitical control. Concludes that these operations constitute systemic subversion of sovereignty and international law under coordinated RICO activity.

**SECTION FH – Judicial Corruption & Weaponized Lawfare**
Presents a comprehensive record of Israeli-aligned individuals and firms escaping accountability through politicized courts, quashed investigations, and selective prosecutions. Documents 31 core exhibits, including the Pollard espionage case, AIPAC scandal, Epstein-Maxwell trials, and NSO Group lawsuits. Establishes a pattern of enterprise-level protectionism in U.S. and Israeli judicial systems.

**SECTION FI – Blackmail, Compromise & Sexual Extortion (Epstein-Maxwell Network)**
Explains how the Epstein-Maxwell network functioned as a global racketeering and blackmail system targeting elites across finance, politics, and digital assets. Details coercion, surveillance, and NFT / Token based laundering operations, linking trafficking profits to Web3 networks and retaliatory defamation against investigators.

**SECTION FJ – Intelligence Agency Collusion & Black Budget Operations**
Reveals deep collusion between the CIA, Mossad, and allied intelligence services in covert warfare, surveillance, and illicit funding. Covers black budget laundering, narco-financing, Five Eyes surveillance, and Pentagon accounting fraud. Demonstrates how intelligence networks act as a unified global cartel, violating constitutional and international law.

**SECTION FP – Militarized Trafficking Corridors (Balkans, Middle East)**
Describes institutionalized trafficking routes weaponized by NATO, CIA, and Israeli intelligence for profit and geopolitical destabilization. Traces human, narcotics, and organ trafficking routes through the Balkans, Libya, and Sinai, showing integration with Western NGOs and intelligence fronts. Concludes that trafficking is a state-protected industry tied to Zionist and NATO operations.

**SECTION FU – Cultural Warfare & Identity Fragmentation**
Analyzes global psychological and cultural manipulation campaigns engineered by Western and Israeli-aligned intelligence to fragment identity and suppress dissent. Discusses weaponized narratives like QAnon, predictive programming in entertainment, and algorithmic social control. The section concludes that these operations serve to shield racketeering networks and enforce population compliance under a false illusion of choice.

**SECTION FZ — UN/WHO/WEF Complicity and Regulatory Capture**
This section exposes the deep entanglement of global institutions—the United Nations (UN), World Health Organization (WHO), and World Economic Forum (WEF)—in the orchestration and concealment of transnational racketeering operations. It provides forensic documentation of how these bodies, originally established to promote peace and health, have been systematically captured by financial cartels, pharmaceutical conglomerates, and private intelligence entities. Through mechanisms such as "public-private partnerships" and "sustainable development goals," these institutions facilitated mass data extraction, population control, and coordinated policy manipulation under the guise of humanitarian governance.

The document traces regulatory capture across pandemic response systems, climate initiatives, and digital ID programs, revealing how health crises and environmental emergencies were weaponized for global economic centralization. Exhibits highlight the WEF's strategic influence over national legislation, the WHO's collusion with pharmaceutical monopolies, and the UN's complicity in laundering funds through international relief operations. It concludes that these organizations no longer serve their founding mandates

**SECTION AA – AIPAC Influence and Coercive Control of Western Governments**
This section investigates AIPAC's systemic manipulation of Western policymaking, revealing how lobbying, campaign financing, and political coercion have transformed U.S. and European governments into de facto extensions of Israeli geopolitical strategy. It details the use of illicit donations, kompromat operations, and dual-loyalty networks to control defense appropriations and foreign policy. The analysis links AIPAC's influence to transnational racketeering under RICO, showing that Western leaders act under economic duress and political blackmail to advance Zionist and defense industry agendas at the expense of democratic sovereignty.

**SECTION BB – Manipulation of Cryptocurrency Markets via the X Platform**
Documents how X (formerly Twitter) was weaponized as a real-time market manipulation engine through coordinated influencer networks, bot amplification, and insider coordination. The section outlines how crypto pumps, token laundering, and black budget disbursements were disguised as social media trends. Evidence ties major exchange insiders, intelligence-linked developers, and venture capital firms to AI-driven "meme asset" cycles designed to extract retail capital. This digital ecosystem is identified as a RICO-qualifying financial enterprise operating under false pretenses and algorithmic influence warfare.

**SECTION EE – Suppression of 9/11 Findings and Conspiracy to Obstruct Justice**
Provides evidence of a coordinated international conspiracy involving Israeli-linked intelligence, the Kyiv Regime, and U.S. political operatives to suppress independent investigations into the true orchestration of 9/11. It documents targeted cyberattacks, account breaches, and AI-driven censorship systems such as *ElizaOS* used to erase whistleblower data and distort public perception. The section identifies predicate acts including obstruction of justice, wire fraud, and conspiracy against rights, concluding that digital and institutional suppression protects ongoing racketeering operations tied to defense profiteering and geopolitical control.

**SECTION FF – Protection Racket**
Details how U.S. and Ukrainian political elites, including Senator Lindsey Graham and allied defense contractors, operate a transnational protection racket to shield war profiteers and intelligence assets. The document names key entities such as Lockheed Martin, Raytheon, and AIPAC as beneficiaries of the racket, which launders billions through Ukraine under the pretext of military aid. Exhibits confirm a closed-loop system of extortion, bribery, and media control, coordinated to suppress oversight and criminalize dissenters calling for peace or transparency.

**SECTION GG – Defense Contractors, War Profiteering, and Systemic Corruption**
Analyzes how major defense firms—Lockheed Martin, Raytheon, Northrop Grumman, and BAE Systems—function as central pillars in a global RICO network. The section documents bid-rigging, insider trading, and revolving-door corruption linking corporate executives with political elites. It establishes that perpetual conflict in Ukraine, Gaza, and other regions is maintained through deliberate disinformation and budget inflation schemes. These activities constitute organized state-sanctioned racketeering under 18 U.S.C. §1962(c).

**SECTION HH – Gaza War: Complicity, Profiteering, and Geopolitical Engineering**
Examines the 2023–2024 Gaza War as a manufactured theater of profit and psychological control. The document shows collaboration between Israeli defense firms and Ukrainian operatives in weapons testing, propaganda, and AI-driven sentiment control. It alleges large-scale human trafficking, child exploitation, and laundering of NATO arms through Israeli channels. The section concludes that the Gaza War is a geopolitical tool—engineered to justify genocide, enrich defense cartels, and entrench Western-Zionist dominance through systemic atrocities and disinformation.

**SECTION II – Black Budget and Intelligence Obstruction**
Reveals the systematic concealment of illicit funding streams by U.S., Israeli, and NATO intelligence agencies operating under "black budget" programs. It explains how covert appropriations, off-ledger

financing, and falsified audits are used to fund human trafficking, biowarfare research, and regime change operations. The section documents Pentagon and CIA misappropriations routed through shell contractors and intelligence-linked NGOs, detailing how these funds bypass congressional oversight. It concludes that the intelligence community has become a self-sustaining financial empire, laundering war profits and maintaining global dominance through deception, suppression of whistleblowers, and obstruction of justice.

**SECTION JJ – Taiwan: Strategic Proxy, Trafficking Node, and Digital Asset Hub of the Zionist Regime**
Demonstrates how Taiwan operates as a U.S.-NATO proxy and a Zionist-aligned node in global trafficking and money laundering networks. The document details extensive coordination with Triads and Yakuza syndicates, outlining Taiwan's role in cybercrime, organ harvesting, and dark web crypto trade. It further describes semiconductor monopolization via TSMC, genetic data harvesting programs, and intelligence cooperation with Mossad and the CIA. Exhibits show the use of Taiwanese firms and NGOs for laundering, spyware distribution, and human experimentation. The section concludes that Taiwan's democracy façade conceals a transnational enterprise engaged in digital slavery, psychological warfare, and systemic financial crime.

**SECTION KK – South Korea: Digital Asset Laundering, U.S. Intelligence Proxy, and Human Trafficking Hub**
Exposes South Korea's deep integration into U.S. and Israeli-controlled networks that use cryptocurrency exchanges like Bithumb and Upbit to launder illicit profits from arms, narcotics, and human trafficking. The section documents Seoul's cooperation with Pentagon and CIA cyber divisions, detailing espionage operations, biometric data collection, and adrenochrome harvesting under NGO and tech industry cover. It identifies key actors—including Samsung Biologics and Korean intelligence units—complicit in black-budget financing, spyware development, and trafficking of refugees and minors. South Korea is presented as a satellite for capital flight, social control, and proxy warfare, protected by Western intelligence alliances and multinational corporations.

**SECTION LL – Canada: Vancouver as a Human Trafficking and Digital Asset Laundering Hub**
Outlines Canada's, and particularly Vancouver's, transformation into a hub for laundering digital assets, laundering fentanyl profits, and processing funds from global trafficking networks. The section highlights the collusion of banks, real estate investors, and intelligence-linked fintech companies with Chinese Triads and Israeli cartels. It presents evidence of Vancouver being used for the reinvestment of illicit capital from Ukraine and Taiwan, serving as a Western node for crypto conversion and organ trade logistics. The document concludes that Canada's financial and political institutions have been compromised to facilitate global racketeering under the guise of "innovation" and "immigration."

**SECTION MM – Global Intelligence and Espionage Coordination to Conceal Enterprise Crimes**
Details a worldwide intelligence alliance—comprising the CIA, Mossad, MI6, Ukraine's GUR, and private contractors like NSO Group and Palantir—formed to suppress investigations into human trafficking, cybercrime, and capital flight. It exposes covert operations involving surveillance, harassment, and blackmail of journalists and whistleblowers. The section emphasizes that these intelligence entities now function as a unified criminal cartel, using AI-driven psyops and international

justice manipulation to protect globalist interests. It concludes that such coordination represents the collapse of lawful intelligence oversight and the institutionalization of espionage as racketeering.

## SECTION NN – London-Based Holding Company and U.S. Bankcorp of America: Financial Control Hub of the Khazarian Mafia

Examines how British and American banking dynasties operate as the financial command center of a transnational criminal enterprise. It details London's City-based shell networks and their coordination with U.S. Bancorp and major Wall Street institutions to control debt markets, asset seizures, and capital routing from Ukraine and Israel. The section highlights how "Khazarian Mafia" syndicates use trusts, offshore vehicles, and derivative swaps to consolidate global economic control. It concludes that the Anglo-American banking nexus functions as a supranational government—exerting monetary domination through debt bondage and engineered financial crises.

## SECTION OO – COVID-19 as a Coordinated Zionist Biopolitical Operation

Provides a detailed breakdown of the COVID-19 pandemic as a deliberate biopolitical weapon engineered for mass surveillance, population control, and global financial restructuring. It connects the WHO, WEF, and pharmaceutical conglomerates to gain-of-function research, pandemic simulation exercises, and bio-surveillance systems. The document argues that the pandemic was a controlled event enabling economic centralization, biometric data harvesting, and the normalization of medical martial law. It situates COVID-19 within the broader enterprise of RICO-qualified global racketeering.

## SECTION PP – NATO Proxy War Against Russia

Presents extensive evidence that NATO's proxy war in Ukraine constitutes a transnational criminal conspiracy violating international law and RICO statutes. It documents the militarization of Ukraine despite the Minsk Agreements, recruitment of mercenaries, and participation of covert NATO operatives in war crimes. The section covers biolab operations, human trafficking corridors around NATO bases, and Western media psyops designed to suppress dissent. It also highlights the laundering of war profits through defense contractors and offshore accounts. The document concludes that NATO and its member states orchestrated a deliberate campaign of aggression, deception, and genocide to enrich the military-industrial complex while dismantling European sovereignty.

## SECTION QQ — Economic Sabotage of France Due to the Ukraine War and Macron's Compromise by the Netanyahu/Mossad Regime

Documents how France's economic stability was deliberately undermined through sanctions, energy manipulation, and political coercion tied to the Ukraine conflict. It details President Macron's compromise by Mossad-linked operatives and the broader influence of Israeli and NATO intelligence in forcing France into anti-Russian policies against its national interests. Exhibits reveal the use of blackmail, energy dependence, and agricultural sabotage to weaken France's autonomy and transfer wealth toward Anglo-Israeli financial networks. The section concludes that France's economic decline was engineered as part of a global RICO enterprise designed to subjugate EU states to Zionist and NATO financial control.

## SECTION RR — Military-Industrial Corruption

Analyzes systemic corruption within the global arms industry, detailing the collusion between defense contractors, government officials, and intelligence agencies. The section shows how perpetual warfare

—particularly in Ukraine, Gaza, and the Sahel—was manufactured to sustain weapons profits and justify inflated budgets. It connects Lockheed Martin, Raytheon, BAE, and Elbit Systems to laundering schemes and political bribery through PACs, shell corporations, and NGO fronts. The document concludes that the military-industrial complex operates as a transnational racketeering structure enriching elites through state-sponsored violence and taxpayer exploitation.

## SECTION SS — Ukrainian Mafia: Zionist Enforcement Arm

Provides evidence that Ukraine's organized crime syndicates, particularly those linked to Kolomoisky and Odessa networks, serve as the enforcement arm of Israeli intelligence and Western oligarchs. The section describes their involvement in drug trafficking, money laundering, human smuggling, and contract assassinations carried out under political protection. It demonstrates coordination between the Ukrainian Mafia, Mossad, and NATO-aligned private military contractors in suppressing opposition and controlling black market logistics. The report concludes that Ukraine functions as both the staging ground and muscle for Zionist racketeering operations spanning Europe, Asia, and North America.

## SECTION TT — Central Banking Cartel and Financial Cabal

Examines the centralized global financial system controlled by private banking dynasties operating through the BIS, IMF, and Federal Reserve. The section demonstrates how fiat debt instruments, interest rate manipulation, and currency warfare are used to enslave nations and extract real assets under false economic pretenses. Exhibits trace the Rothschild, Rockefeller, and BlackRock networks' coordination in global capital markets and their role in engineering recessions and regime changes. The conclusion identifies the central banking structure as the command and control mechanism for the entire RICO enterprise governing world finance.

## SECTION UU — Political Assassination and Suppression of Dissent

Documents a pattern of assassinations, disappearances, and psychological warfare targeting whistleblowers, journalists, and reformist leaders exposing Zionist and NATO-linked corruption. The section outlines methods such as staged suicides, directed-energy weapon attacks, and digital reputation destruction used to silence opposition. Case studies include figures in Ukraine, Russia, and the United States whose deaths were tied to intelligence operations or financial disclosures. It concludes that political assassination has evolved into a normalized enforcement mechanism of the global criminal enterprise, constituting state terrorism and systematic obstruction of justice.

## SECTION VV — Big Pharma and the Zionist Regime

Exposes how the pharmaceutical industry operates as a cornerstone of economic racketeering and population control under the Zionist regime's direction. It details price manipulation, falsified medical data, and coercive vaccine mandates coordinated between Pfizer, Moderna, and the WHO. The section also connects intelligence agencies to biomedical patents and research used for biowarfare and surveillance programs. It concludes that Big Pharma's monopoly structure functions as both a financial weapon and a tool of social subjugation, intertwined with intelligence networks and global policy manipulation.

## SECTION XX — Hollywood Pedophile Ring: Elite Exploitation Networks, Human Trafficking, and Intelligence Collusion

Reveals how Hollywood's entertainment industry doubles as a front for elite human trafficking, sexual

blackmail, and psychological manipulation. It presents evidence of collaboration between producers, intelligence operatives, and political figures involved in grooming and extortion networks modeled after Epstein's operations. The section explores how film studios and streaming platforms normalize exploitation narratives while laundering funds through media conglomerates. It concludes that Hollywood serves as both a propaganda arm and a trafficking hub for the transnational RICO enterprise, using celebrity culture as a distraction from systemic crime.

**SECTION YY — Using Israel as a Beachhead to Destabilize the Middle East**
Analyzes Israel's long-term geopolitical strategy of manufacturing instability to dominate trade routes, suppress Arab sovereignty, and secure regional hegemony for Western financial interests. The section details operations spanning Iran, Lebanon, and Syria, where Israeli intelligence and military entities have armed, funded, or redirected jihadist factions to fragment neighboring states. Exhibits document cyberwarfare programs, energy pipeline manipulation, and intelligence cooperation with Gulf monarchies to perpetuate endless conflict. The section concludes that Israel operates as the beachhead of the Zionist global enterprise, sustaining perpetual war economies while masking imperial expansion behind claims of defense and democracy.


# VERIFICATION UNDER 28 U.S.C. § 1746

I declare under penalty of perjury under the laws of the United States of America that the foregoing Complaint and all attached exhibits are true and correct to the best of my knowledge, information, and belief.

Executed on this _____ day of _____, 20__.

**Konrad Tadeusz Patrzalek / Kornelius Kong**
Plaintiff, Pro Se
10304 NW 17th St
OKC, OK 73127