UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| KONRAD TADEUSZ PATRZALEK,                )<br>                                                                     )<br>            Plaintiff,                                       )<br>                                                                     )<br>v.                                                                )     Case No. CIV-25-1312-JD<br>                                                                     )<br>THE FINANCE CARTEL, et al.,                    )<br>                                                                     )<br>            Defendants.                                   ) | |

## ORDER

The Court has received Plaintiff's Application to Proceed in District Court without Prepaying Fees or Costs ("Application"). Doc. 2. The Application, however, is deficient as it does not provide sufficient financial information for the Court to determine whether Plaintiff has "a financial inability to pay the required filing fee." *Lister v. Dep't of Treasury*, 408 F.3d 1309, 1312 (10th Cir. 2005).

Plaintiff attests that he receives $700.00 in wages per month, has no other income, and no assets except for $500.00. Application at 1-2. He lists as monthly expenses internet, "phone / probation and parole fees / restitution," and subscriptions for ChatGPT and X. *Id.* at 2. He does not "describe the amount of the monthly expense" as the application form instructs. He also lists $30,000.00 in credit card debt. *Id.*

The Court, however, notes discrepancies between the Application and a recent application to proceed in forma pauperis Plaintiff filed in a separate case before the Court. *Compare id., with Patrzalek v. United Arab Emirates*, No. CIV-24-1180-SLP, Doc. 2. For example, in his application filed in the other case, Plaintiff listed both a house and a car as

assets. *Patrzalek v. United Arab Emirates*, No. CIV-24-1180-SLP, Doc. 2 at 2. Plaintiff approximated the value of the house as $250,000.00, and approximated the amount owed on the house as $60,000.00, thus indicating approximately $190,000.00 in equity in the home. Though the Application filed in this case states his "car got repo," Plaintiff does not mention his home. Plaintiff must disclose to the Court all assets.

In his application filed in the other case, Plaintiff lists additional monthly expenses, including expenses related to homeownership. *Patrzalek v. United Arab Emirates*, No. CIV-24-1180-SLP, Doc. 2 at 2. The Application filed in this case does not include regular living expenses such as housing, utilities, food, and transportation. Plaintiff must disclose to the Court all monthly expenses and explain how he meets those expenses.

Finally, the Application does not include Plaintiff's signature to verify the information is true. *See* Application at 2. An amended application must include Plaintiff's signature.

Because the Application is incomplete, Plaintiff is directed to file an amended application that fully addresses these deficiencies. Plaintiff is therefore **ORDERED** to cure these deficiencies by submitting an amended application not later than December 1, 2025.

**IT IS SO ORDERED** this 6th day of November, 2025.

_____
CHRIS M. STEPHENS
UNITED STATES MAGISTRATE JUDGE

2